(INND Rev. 4/24)                                                                 page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answer.]

**FILED**

APR 09 2026

At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Nicole Lawtone-Bowles
_____,
[You are the PLAINTIFF, print your full name on this line.]

v.

Purdue University Global & Purdue Global
_____,
[The DEFENDANT is who you are suing. Put ONE name on
this line. List ALL defendants below, including this one.]

Case Number _____
[For a new case in this court, leave blank.
The court will assign a case number.]

4:26-cv-28

[The top of this page is the caption. Everything you file in this case must have the same caption.
Once you know your case number, it is VERY IMPORTANT that you include it on everything you send
to the court for this case. DO NOT send more than one copy of anything to the court.]

# CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|--------------------------------|---------|
| 1 | [Put the defendant named in the caption in this box.] Purdue University Global | Purdue University Global 2550 Northwestern Avenue, Suite 1100 West Lafayette, IN 47906 |
| 2 | [Put the names of any other defendants in these boxes.] Purdue Global Law School | Purdue Global Law School 2029 Century Park East, Suite 400 Los Angeles, CA 90067 |
| 3 | Shaun Jamison, JD, PhD, Associate Dean of Academics Brian Victor, JD, Sarah Diab, JD, Victoria Vidt, JD are Adjunct Professors of Law | Purdue Global Law School 2029 Century Park East, Suite 400 Los Angeles, CA 90067 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the
name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? ____5____

2. What is your address? 56 Center Street Highland Falls, New York 10928
_____

3. What is your telephone number: (347) 538-5386 _____

4. Have you ever sued anyone for these exact same claims?

   ☑ No.

   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
      case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I am a student enrolled in the Juris Doctor program at Purdue Global Law School (formerly Concord Law School).

2. I am scheduled to graduate on August 25, 2026.

3. I have a disability that affects my ability to type for long periods of time.

4. I became disabled on May 24, 2019, when I was crushed between my work van and a vehicle.

5. Because of my disability, I use speech-to-text dictation technology to complete my sch work.

6. Purdue University Global approved my use of assistive technology through Student Accessibility Services.

7. My assignments are created by speaking my own words, which are converted into tex software.

8. This process allows my writing to appear faster and different from traditional typing.

9. Purdue Global Law School (formerly Concord Law School) accused me of academic ( honesty in multiple courses.

10. Purdue Global Law School (formerly Concord Law School) based these accusations part on the speed and appearance of my writing.

11. Purdue Global Law School (formerly Concord Law School) also raised concerns abo citation errors in my assignments.

12. I explained to Purdue Global Law School (formerly Concord Law School) that my wo

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

created using approved assistive technology.

13. I told Purdue Global Law School (formerly Concord Law School) that I did not use artificial intelligence or unauthorized assistance.

14. I explained that my writing process naturally produces text quickly and in a different f(

15. Purdue Global Law School (formerly Concord Law School) did not accept my explan;

16. Purdue Global Law School (formerly Concord Law School) held disciplinary proceedi against me.

17. Purdue Global Law School (formerly Concord Law School) found that I committed ac misconduct.

See Attached Sheet for 18 to 28

RELIEF – If you win this case, what do you want the court to order the defendant to do?

1. Order Defendants to stop my dismissal from the Juris Doctor program while this case i Pending.

2. Order Defendants to allow me to remain enrolled and in good standing during this law:

3. Order Defendants to allow me to complete my coursework and graduate on August 25

4. Order Defendants to remove the academic dishonesty findings from my record.

FILING FEE – Are you paying the filing fee?

⊘Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

⊘No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

NLB I will keep a copy of this complaint for my records.

NLB I will promptly notify the court of any change of address.

NLB I declare **under penalty of perjury** that the statements in this complaint are true.

/s/ Nicole Lawtone-Bowles                                      April 6, 2026
Signature                                                              Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF INDIANA

NICOLE LAWTONE-BOWLES )  Case No.:
          Plaintiff(s), )
                   )  **Civil Complaint**
vs. )
                   )  **DATE: April 6, 2026**
PURDUE UNIVERSITY GLOBAL, )  **TIME: 09:00AM**
PURDUE GLOBAL LAW SCHOOL )  **DEPT:**
(FORMERLY CONCORD LAW )
SCHOOL) )
          Defendant(s). )
                   )

18. Purdue Global Law School (formerly Concord Law School) determined that this was my third academic dishonesty breach.

19. Purdue Global Law School (formerly Concord Law School) decided to dismiss me from the program.

20. Purdue University Global states that AI detection tools are inaccurate and unreliable and should not be used alone to determine academic misconduct.

21. Purdue Global Law School (formerly Concord Law School) still relied on assumptions about how my work was produced.

22. Purdue University Global is controlled by Purdue University.

23. Purdue University is responsible for oversight of Purdue University Global and Purdue Global Law School (formerly Concord Law School).

24. I am only four months away from completing my law degree.

25. I have taken on significant student loan debt to complete my education.

26. If I am dismissed, I will not be able to graduate on August 25, 2026.

27. If I am dismissed while this case is pending, I will lose my education and career opportunity before the Court can decide my case.

28. I have been harmed and will continue to be harmed by the actions of Purdue Global Law School (formerly Concord Law School), Purdue University Global, and Purdue University.

DATED: April 6, 2026

/s/Nicole Lawtone-Bowles

Nicole Lawtone-Bowles
56 Center Street
Highland Falls, New York 10928
(347) 538-5386
(845) 839-0220
NicoleLawtone@aol.com