

**UNITED STATES POSTAL SERVICE.**

# Click-N-Ship®

**P**

usps.com
**$12.80**
US POSTAGE

9410 8301 0935 5009 0014 97 0088 5000 0104 6320

U.S. POSTAGE PAID
Click-N-Ship



04/04/2026
0 lb 1 oz

Mailed from 10928    416521259710522

## PRIORITY MAIL®

ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

Created 2026-04-04
Flat Rate Envelope
**RDC 03**

**C005**

**SIGNATURE REQUIRED**

US DISTRICT COURT NORTHERN DISTRICT O
CLERK'S OFFICE PROSE CLERK'S OFFICE PR
STE 2300
5400 FEDERAL PLZ
HAMMOND IN 46320-1847

**USPS SIGNATURE TRACKING #**



9410 8301 0935 5009 0014 97

---

Cut on dotted line.

$8
$3
$0
$1

**9410 8301 0935 5009 0014 97**

**PRIORITY MAIL®**
Extra Services:
Fees:
Total:

Print Date: 2026-04-04
Ship Date: 2026-04-04

From:
ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

To:
US DISTRICT COURT NORTHERN DISTRICT
CLERK'S OFFICE PROSE CLERK'S OFFICE
STE 2300
5400 FEDERAL PLZ
HAMMOND IN 46320-1847

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

laser-quality printer.
to package with tape or glue - DO
RCODE. Be sure all edges are secure.
recommended.
does not wrap around the edge of
number is unique and can be used
PHOTOCOPY.
ping label on the "ship date"
equested the label.
required, present the article and
rd at a Post Office for postmark.