AO 239 (Rev. 1/15) (INND Rev. 8/16)                                page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners who cannot afford to pay the filing fee when filing a new case OR a notice of appeal. If you are a prisoner, you need a different form.]*

**-FILED-**

APR 09 2026

At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Nicole Lawtone-Bowles

*[Type or neatly print in ink your full name. If more than one PLAINTIFF, each must file a separate form.]*

v.

Purdue University Global & Purdue Global

*[Put the name of the first DEFENDANT on this line.]*

Case Number _ 4:26-cv-28 ___

*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

# MOTION TO PROCEED IN FORMA PAUPERIS

1. Are you employed? ◯ No.

   ✓ Yes, my gross earnings (before deductions for taxes, etc.) are: $ 4835.00   per month.

2. Are you married? ✓ No.

   ◯ Yes, spouse's gross earnings (before deductions for taxes, etc.) are: $ N/A_____ per month.

3. Have you (and spouse if married) received money from any other source in the past 12 months? ✓ No.

| ◯ Yes.      From where? | How often? | How much? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

4. If you have no income listed above, explain how you (and spouse, if married) obtain food, clothing, shelter, and other necessities of basic living. I have income, but I recently started working again. I filed for bankruptcy after losing my home due to an assignment of mortgage fraud. I became disabled on May 24, 2019, when I was crushed between my work van and another vehicle. On March 6, 2026 I had surgery and just return to work on April 1, 2026.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

5. How much money do you (and spouse, if married) have? $ 0_____ .
   [*Include cash on hand and deposits in accounts.*]

6. What is the value of your (and spouse, if married) real estate, cars, jewelry, stocks, bonds, and

   other valuable property or investments? $ 0_____ .

7. How many children under 18 years of age do you (and spouse, if married) support: 1_____ .
   [*Include children who live in your household or for whom you pay child support.*]

8. List any adult you support:

| What is your relationship to this adult? | Age? | How Much Support? |
|---|---|---|
| Grandson | 8 | 100% |
|  |  |  |
|  |  |  |
|  |  |  |

9. Please provide any other information that should be considered in evaluating your motion.
I am not a prisoner. I cannot pay the full filing fees and costs of this civil lawsuit or provide

security because of my financial hardship. I have income, but I recently started working again

after experiencing significant financial loss. I filed for bankruptcy after losing my home due to

an assignment of mortgage related to fraud, and I am currently working to rebuild my financial

stability while completing law school. I became disabled on May 24, 2019, when I was crushed

between my work van and another vehicle. I believe that my claims have merit. I ask the Court

allow me to proceed without prepayment of court fees and costs. I declare under penalty of

perjury that all of my statements are true and correct.

_____

_____

_____

I am not a prisoner. I cannot pay the full filing fees and costs of this civil lawsuit or give security
because of my poverty. I believe that my claims have merit. I ask the court to allow me to proceed
without pre-payment of court fees and costs. I declare under penalty of perjury that all of my
statements in this motion are true.

/s/Nicole Lawtone-Bowles

_____        April 6, 2026_____

Signature                                                              Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]