**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| NICOLE LAWTONE-BOWLES | ) Case No.: 4:26-cv-28 |
| Plaintiff(s), | ) |
| | ) **NOTICE OF MOTION AND MOTION** |
| vs. | ) **FOR TEMPORARY RESTRAINING** |
| | ) **ORDER AND PRELIMINARY** |
| PURDUE UNIVERSITY GLOBAL, | ) **INJUNCTION PROPOSED ORDER** |
| PURDUE GLOBAL LAW SCHOOL | ) |
| (FORMERLY CONCORD LAW | ) **DATE:** |
| SCHOOL) | ) **TIME: 09:00AM** |
| Defendant(s). | ) **DEPT:** |
| | ) |

PROPOSED ORDER

IT IS HEREBY ORDERED that Defendants Purdue University Global and Purdue Global Law School are enjoined from enforcing any dismissal, suspension, or disciplinary action against Plaintiff Nicole Lawtone-Bowles pending further order of this Court.

IT IS FURTHER ORDERED that Plaintiff shall remain enrolled and permitted to continue coursework and academic participation without interference.

IT IS FURTHER ORDERED that this injunction shall remain in effect until resolution of Plaintiff's claims or further order of the Court.

SO ORDERED.