

**UNITED STATES POSTAL SERVICE®**

# Click-N-Ship®

usps.com
$12.80
US POSTAGE

**P**

9410 8301 0935 5009 0014 97 0088 5000 0104 6320

**U.S. POSTAGE PAID**
Click-N-Ship

04/04/2026
0 lb 1 oz

Mailed from 10928   416521259710522

## PRIORITY MAIL®

ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

Created 2026-04-04
Flat Rate Envelope
**RDC 03**

**C005**

**SIGNATURE REQUIRED**



US DISTRICT COURT NORTHERN DISTRICT O
CLERK'S OFFICE PROSE CLERK'S OFFICE PR
STE 2300
5400 FEDERAL PLZ
HAMMOND IN 46320-1847

**USPS SIGNATURE TRACKING #**



9410 8301 0935 5009 0014 97

*Cut on dotted line.*

9410 8301 0935 5009 0014 97

$8.
$3.
$0
$1

PRIORITY MAIL®
Extra Services:
Fees:
Total:

Print Date: 2026-04-04
Ship Date: 2026-04-04

From:   ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

To:   US DISTRICT COURT NORTHERN DISTRICT
CLERK'S OFFICE PROSE CLERK'S OFFICE
STE 2300
5400 FEDERAL PLZ
HAMMOND IN 46320-1847

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.