UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| NICOLE LAWTONE-BOWLES, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Case No. 4:26-cv-00028-PPS-AZ |
| | ) | |
| PURDUE UNIVERSITY GLOBAL; | ) | |
| PURDUE GLOBAL LAW SCHOOL; | ) | |
| SHAUN JAMISON, JD, PhD, | ) | |
| Associate Dean of Academics; | ) | |
| BRIAN VICTOR, JD, SARAH DIAB, JD, | ) | |
| and VICTORIA VIDT, JD, are Adjunct | ) | |
| Professors of Law, | ) | |
| | ) | |
| *Defendants.* | ) | |

## **APPEARANCE**

John R. Maley of the law firm of Barnes & Thornburg LLP hereby enters his Appearance on

behalf of the Defendants in the above-captioned matter.

Respectfully submitted,

_s/ John R. Maley_

John R. Maley (14300-89)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:    317.231.7464
Facsimile:    317.231.7433
Email:        jmaley@btlaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  The undersigned will serve a copy of this filing on Plaintiff pro se via First Class U.S. Mail as follows:

> Nicole Lawtone-Bowles
> 56 Center Street
> Highland Falls, NY 10928

>             *s/ John R. Maley*
> John R. Maley

DMS 51727187.1