**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| NICOLE LAWTONE-BOWLES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:26-CV-28-PPS-AZ |
| | ) | |
| PURDUE UNIVERSITY GLOBAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Plaintiff Nicole Lawtone-Bowles filed this case yesterday. Lawtone-Bowles represents that Defendants recently expelled her from the law program at Purdue University Global. She seeks a temporary restraining order and preliminary injunction that prohibits Defendants from enforcing any dismissal or disciplinary decision while her case proceeds.

Plaintiff Nicole Lawtone-Bowles is **ORDERED** to serve Defendants with a copy of her complaint and her motion for a temporary restraining order and preliminary injunction. The Court sets this case for a **telephonic hearing** on Lawtone-Bowles' motion for a temporary restraining order and preliminary injunction [DE 3] on **Thursday, April 16 at 10 a.m. Hammond / Central Time**. Parties shall dial: 833-568-8864. Enter Meeting ID of 161 4768 5938#. Push # to skip entry of participant ID. Enter the meeting passcode of 220198#. Parties should connect to the conference approximately five minutes prior to the start time of the telephone conference.

SO ORDERED.

1

ENTERED: April 10, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT