IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| NICOLE LAWTONE-BOWLES, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 4:26-cv-00028-PPS-AZ |
| vs. | ) | |
| | ) | |
| PURDUE UNIVERSITY GLOBAL, et. al | ) | |
| | ) | |
| *Defendants.* | ) | |

**MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

Defendants, by counsel, pursuant to Northern District of Indiana Local Rule 5-3, respectfully move the Court to maintain under seal the unredacted documents filed by Defendants today which includes their unredacted Opposition to Plaintiff's Motion for Temporary Restraining Order, as well as the unredacted Declaration of Carolyn Nordstrom with attached exhibits being filed in support of this opposition brief.

For the reasons set forth more fully in Defendants' accompanying Brief in Support of this Motion to Maintain Documents Under Seal filed pursuant to Local Rule 5-3, Defendants request that the Court maintain the documents referenced above including its brief and supporting declaration with exhibits under seal.

Respectfully submitted,

*/s/ John R. Maley*

John R. Maley
Amanda Jane Gallagher
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone:      (317) 231-7464
Facsimile:             (317) 231-7433
Email:          jmaley@btlaw.com
                amanda.gallagher@btlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system.  The undersigned will serve a copy of this filing on

Plaintiff pro se via First Class U.S. Mail as follows:

Nicole Lawtone-Bowles
56 Center Street
Highland Falls, NY 10928

*s/ John R. Maley*

John R. Maley

2