IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

NICOLE LAWTONE-BOWLES,                          )
                                                )
            *Plaintiff,*                         )
                                                )   No. 4:26-cv-00028-PPS-AZ
      vs.                                        )
                                                )
PURDUE UNIVERSITY GLOBAL, et. al                )
                                                )
            *Defendants.*                        )


**BRIEF IN SUPPORT OF MOTION FOR LEAVE TO MAINTAIN DOCUMENTS
WHICH CONTAIN CONFIDENTIAL INFORMATION UNDER SEAL**

Defendants, pursuant to Northern District of Indiana Local Rule 5-3, respectfully submit this brief in support of their motion to maintain confidential documents under seal, demonstrating the required good cause and that less restrictive alternatives will not afford adequate protection.  As set forth in the Motion, Defendants filed their Opposition to Plaintiff's Motion for Temporary Restraining Order and the supporting Declaration of Carolyn Nordstrom with attached exhibits under seal.

**Analysis of Each Document**

Good cause exists to maintain these documents under seal, and less restrictive means do not exist.

Defendants' opposition brief and supporting declaration with exhibits were filed under seal. These documents contain student information (Plaintiff's information) protected under The Family Education Rights and Privacy Act ("FERPA").  Defendants did not file redacted versions of these documents because to redact the protected information would require redaction of the entire documents.

### Further Discussion & Conclusion

All counsel will have equal access to the documents to which Defendants' motion applies. Maintaining the documents under seal prejudices no party. Furthermore, no harm to the public exists in connection with maintaining the documents under seal. Any harm which could conceivably be claimed to exist is outweighed by the interest of the Plaintiff in maintaining the confidentiality of the documents in question.

All of the documents filed under seal contain student information protected under FERPA.

In accordance with N.D. Ind. L.R. 5-3, Defendants have served a complete unredacted version of the Sealed Documents upon Plaintiff in this matter.

Respectfully submitted,

*/s/ John R. Maley*
John R. Maley
Amanda Jane Gallagher
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone:     (317) 231-7464
Facsimile:          (317) 231-7433
Email:          jmaley@btlaw.com
                amanda.gallagher@btlaw.com

*Counsel for Defendants*

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of April, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  The undersigned will serve a copy of this filing on Plaintiff pro se via First Class U.S. Mail as follows:

> Nicole Lawtone-Bowles
> 56 Center Street
> Highland Falls, NY 10928

*s/John R. Maley*
John R. Maley
