**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| NICOLE LAWTONE-BOWLES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:26-CV-28-PPS-AZ |
| | ) | |
| PURDUE UNIVERSITY GLOBAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Nicole Lawtone-Bowles, without a lawyer, seeks leave to proceed in forma pauperis. It appears the plaintiff cannot afford to pre-pay the filing fee. For these reasons, the court:

(1) GRANTS the plaintiff leave to proceed in forma pauperis (ECF 2);

(2) DEFERS payment of the filing fee;

(3) ORDERS the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery in this case; and

(4) DIRECTS, under 28 U.S.C. § 1915(d), the clerk to request Waiver of Service from (and if necessary the United States Marshals Service to serve process on) Defendants at 2550 Northwestern Avenue, Suite 1100, West Lafayette, IN 47906, with a copy of this order and the complaint.

SO ORDERED.

ENTERED: April 16, 2026.

1

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT