UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

NICOLE LAWTONE-BOWLES    )
             )
   Plaintiff,     )
             )
  v.         )    4:26-CV-28-PPS-AZ
             )
PURDUE UNIVERSITY GLOBAL, *et al.*, )
             )
   Defendants.    )

## ORDER

Nicole Lawtone-Bowles, representing herself *pro se*, recently sued Defendants because of her expulsion from the law program at Purdue University Global. On April 16, 2026, the Court held a hearing on Lawtone-Bowles' Motion for a Temporary Restraining Order [DE 3] and denied that request. [DE 11.] It has come to the Court's attention that Lawtone-Bowles has taken to emailing the undersigned's Courtroom Deputy, the Chief Deputy Clerk, and this Court's Chambers email motions and exhibits that she wishes to electronically file. To date, this includes a reply in support of her Motion for a Temporary Restraining Order, exhibits and a certificate of service in support of that reply, a motion to request access to the CM/ECF electronic filing system, and a second motion to request access to the CM/ECF electronic filing system that included a request to reconsider the Court's April 16 denial of her motion for a TRO.

None of Lawtone-Bowles' recent emails constitute filings on the docket. In fact, as explained by the May 29, 2020, version of the CM/ECF Civil and Criminal User

1

Manual available on the website for this District, the Northern District of Indiana does not permit *pro se* parties to file documents electronically. Only registered attorneys are permitted to do so. As a result, *pro se* parties must mail their documents to the Clerk's Office for this District to be processed and docketed. To reiterate, the Northern District of Indiana does not permit email filings from *pro se* litigants. *Pro se* parties may, however, register to receive "read only" PACER accounts so that they receive electronic notification of and access to docket entries. Court staff explained these rules to Lawtone-Bowles during a call to my Chambers on April 16. After that call, however, Lawtone-Bowles still filed the aforementioned second request for permission to electronically file documents.

Plaintiff Nicole Lawtone-Bowles is <u>cautioned</u> to refrain from further attempted electronic filings through email to court personnel. She is directed to file all future motions and documents by mail. It is the Court's understanding that certain emails to the Court were also mailed to the Clerk's Office by Lawtone-Bowles. Emails and motions sent to the Court will not be considered as docketed until received by the Clerk's Office via mail and uploaded by the Clerk's Office to the CM/ECF system. When that happens, the Court will rule on them in due course.

SO ORDERED.

ENTERED: April 20, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT