**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **NICOLE LAWTONE-BOWLES** ) | **Case No.: 4:26-cv-00028-PPS-AZ** |
| ) | |
| **Plaintiff(s),** ) | **MOTION FOR LEAVE TO FILE** |
| ) | **ELECTRONICALLY (CM/ECF** |
| **vs.** ) | **ACCESS)** |
| ) | |
| **PURDUE UNIVERSITY** ) | **DATE: April 16, 2026** |
| **GLOBAL, PURDUE GLOBAL** ) | **TIME: 10:00AM** |
| **LAW SCHOOL (FORMERLY** ) | |
| **CONCORD LAW SCHOOL)** ) | |
| **Defendant(s).** ) | |
| ) | |

-FILED-

APR 20 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

MOTION FOR LEAVE TO FILE ELECTRONICALLY (CM/ECF ACCESS)

Plaintiff, Nicole Lawtone-Bowles, proceeding pro se, respectfully moves this Honorable Court for leave to file documents electronically through the Court's Case Management/Electronic Case Filing ("CM/ECF") system.

In support of this Motion, Plaintiff states as follows:

Plaintiff is proceeding without counsel in the above-captioned matter.

Plaintiff understands that electronic filing requires registration with the Court's CM/ECF system and compliance with the Local Rules and the Federal Rules of Civil Procedure.

Plaintiff is willing and able to comply with all requirements governing electronic filing, including maintaining a valid email address, regularly reviewing notices of electronic filing, and ensuring timely submissions.

Granting electronic filing privileges would promote efficiency, reduce delays, and allow Plaintiff to more effectively litigate this matter.

Plaintiff requests that the Court grant permission to register for CM/ECF and file

documents electronically in this case.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and permit Plaintiff to file electronically via the CM/ECF system.

Dated: April 16, 2026
Respectfully submitted,
/s/ Nicole Lawtone-Bowles
Nicole Lawtone-Bowles
Plaintiff, Pro Se