Re: 4:26-cv-00028-PPS-AZ Lawtone-Bowles v. Purdue University Global et al Philip P
Simon, presiding Abizer Zanzi, referral Date filed: 04/09/2026 Date of last filing: 04/15/2026

From:  Dr. Nicole Lawtone-Bowles (nicolelawtone@aol.com)

To:    noel_collins@innd.uscourts.gov

Date:  Thursday, April 16, 2026 at 12:33 PM EDT

Good Afternoon Noel,
Hello John,
Please see the attached certificate of service

Sincerely,
Nicole Lawtone-Bowles
Pronouns: She/Her

🔗 Adrain's Place Inc.

🔗 SSRN Author Profile

🔗 LinkedIn
*"Master your mind because a thought can ruin your whole day."*

On Wednesday, April 15, 2026 at 10:29:25 PM EDT, Dr. Nicole Lawtone-Bowles <nicolelawtone@aol.com> wrote:

Good evening, Noel,

Please see the attached Plaintiff's Reply to Defendants' filings at Docket Nos. 7, 8, 9, and 10,
which was e-filed today.

I do not currently have e-filing service access, and service by mail would not arrive in time.
Accordingly, I am providing this copy via email.

| 13 | 4/7/2026 |
| 14 | 4/14/2026 |
| 15 | 4/21/2026 |
| Scheduled Final Exam Period | 4/21 - 4/24 |
| Last day of the term | 4/28/2026 |

Reminder to review course-specific late policies
posted in every individual syllabus.

2601L School Holidays: Martin Luther King Jr. Day_ Jan 17-19
Full School Calendar



04:58 ◀    ⋀                          .ıll 🛜 💯

**signin.purdueglobal.edu**

✕                                           🖥

🌐 **PURDUE GLOBAL.**              🔒 **Secure**

# SIGN IN

❶ Your access to your courses has been restricted. Please **sign in to PG Campus** for more information.

nicolelawtonebow@student.purdueglobal.edu

Password                                    **SHOW**

☐ Remember Me

**SIGN IN**

4/16/26, 1:38 PM     AOL Mail - Re: 4:26-cv-00028-PPS-AZ Lawtone-Bowles v. Purdue University Global et al Philip P Simon, presiding Abizer Zanzi, referral Date ...

USDC IN/ND case 4:26-cv-00028-PPS-AZ     document 15-1     filed 04/20/26     page 4 of 6

Sincerely,
Nicole Lawtone-Bowles
Pronouns: She/Her

🔗 Adrain's Place Inc.

🔗 SSRN Author Profile

🔗 LinkedIn

*"Master your mind because a thought can ruin your whole day."*

On Tuesday, April 14, 2026 at 08:36:25 AM EDT, Dr. Nicole Lawtone-Bowles <nicolelawtone@aol.com> wrote:

Good Morning, Noel
I was rejected from e-filing. Can you assist, or should I wait until the court date on Thursday?

Sincerely,
Nicole Lawtone-Bowles
Pronouns: She/Her

🔗 Adrain's Place Inc.

🔗 SSRN Author Profile

🔗 LinkedIn

*"Master your mind because a thought can ruin your whole day."*

----- Forwarded Message -----
**From:** "do_not_reply@psc.uscourts.gov" <do_not_reply@psc.uscourts.gov>
**To:** "nicolelawtone@aol.com" <nicolelawtone@aol.com>
**Sent:** Tuesday, April 14, 2026 at 07:03:18 AM EDT
**Subject:** NextGen CM/ECF Registration Status

This email is notification that your NextGen CM/ECF electronic filing registration has been processed. You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link,
https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

Account Number: 5441198
Court: INDIANA NORTHERN DISTRICT COURT
Date/Time Submitted: 04/13/2026 15:09:50 CDT
Transaction ID: 26421
Request: Registration
Transaction Status: Rejected
Comment: Federal Court Northern District of Indiana is rejecting your E-filing request. Per the CM/ECF Civil and Criminal User Manual, only registered attorneys, as officers of the court, are permitted E-Filing access. The court does not have a record of your admission as an attorney to this district.

4/16/26, 1:38 PM        AOL Mail - Re: 4:26-cv-00028-PPS-AZ Lawtone-Bowles v. Purdue University Global et al Philip P Simon, presiding Abizer Zanzi, referral Date ...

USDC IN/ND case 4:26-cv-00028-PPS-AZ     document 15-1     filed 04/20/26     page 5 of 6

NOTE: Please do not reply to this message.  This is an automated message sent from an unmonitored mailbox.
If you have questions or comments, please email them to attorney_maintenance@innd.uscourts.gov.

 CERTIFICATE OF SERVICE.pdf
84.4 kB

Query     Reports ▾     Utilities ▾     Help     Log Out

---

**4:26-cv-00028-PPS-AZ** Lawtone-Bowles v. Purdue University Global et al
Philip P Simon, presiding
Abizer Zanzi, referral
**Date filed:** 04/09/2026
**Date of last filing:** 04/15/2026

# Filer Nicole Lawtone-Bowles

| Doc. No. | Event Name | Filed |
|---|---|---|
| 1 | ⊕Pro Se Complaint | 04/09/2026 |
| 2 | ⊕Motion for Leave to Proceed in forma pauperis | 04/09/2026 |
| 3 | ⊕Motion for Preliminary Injunction Motion for TRO | 04/09/2026 |
| 3 | ⊕Motion for TRO | 04/09/2026 |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/16/2026 13:46:01 | | |
| **PACER Login:** | lexi210m | **Client Code:** | |
| **Description:** | Filer List | **Search Criteria:** | 4:26-cv-00028-PPS-AZ |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |