### UNITED STATES POSTAL SERVICE®

## Click-N-Ship®

usps.com
$12.80
US POSTAGE

**P**

9410 8301 0935 5009 2081 86 0088 5000 0104 8320

**U.S. POSTAGE PAID**
Click-N-Ship®

04/16/2026
0 lb 1 oz

Mailed from 10928    522599424257778

## PRIORITY MAIL®

ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

Created 2026-04-16
Flat Rate Envelope
**RDC 03**

**C005**

**SIGNATURE REQUIRED**

US DISTRICT COURT NORTHERN DISTRICT C
CLERK'S OFFICE PROSE CLERK'S OFFICE PR
STE 2300
5400 FEDERAL PLZ
HAMMOND IN 46320-1847

**USPS SIGNATURE TRACKING #**

9410 8301 0935 5009 2081 86

Cut on dotted line.

9410 8301 0935 5009 2081 86

**PRIORITY MAIL®**

Extra Services:
Fees:
Total:

Print Date: 2026-04-16
Ship Date: 2026-04-16

From:    ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

To:    US DISTRICT COURT NORTHERN DISTRICT
CLERK'S OFFICE PROSE CLERK'S OFFICE
STE 2300
5400 FEDERAL PLZ
HAMMOND IN 46320-1847



PS00001036014

EP14W July 2022
OD: 12.5 x 9.5

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT