**UNITED STATES POSTAL SERVICE®**

## Click-N-Ship®

usps.com
**$12.80**
US POSTAGE

**P**

9410 8301 0935 5009 2081 86 0088 5000 0104 8320

**U.S. POSTAGE PAID**
Click-N-Ship®

04/16/2026
0 lb 1 oz

Mailed from 10928   522599424257778

### PRIORITY MAIL®

ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

Created 2026-04-16
Flat Rate Envelope
**RDC 03**

**C005**

**SIGNATURE REQUIRED**

US DISTRICT COURT NORTHERN DISTRICT C
CLERK'S OFFICE PROSE CLERK'S OFFICE PR
STE 2300
5400 FEDERAL PLZ
HAMMOND IN 46320-1847

**USPS SIGNATURE TRACKING #**

9410 8301 0935 5009 2081 86

*Cut on dotted line.*

9410 8301 0935 5009 2081 86

**PRIORITY MAIL®**

Extra Services:

Fees:

Total:

Print Date: 2026-04-16

Ship Date: 2026-04-16

From: **ADRAINS PLACE INC. & ULTRESS INC.**
**NICOLE L LAWTONE-BOWLES**
**56 CENTER ST**
**HIGHLAND FALLS NY 10928-1800**

To: **US DISTRICT COURT NORTHERN DISTRICT**
**CLERK'S OFFICE PROSE CLERK'S OFFICE**
**STE 2300**
**5400 FEDERAL PLZ**
**HAMMOND IN 46320-1847**



**PS00001036014**

**EP14W July 2022**
**OD: 12.5 x 9.5**

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT