-FILED-

APR 24 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| NICOLE LAWTONE-BOWLES | ) | Case No.: 4:26-cv-00028-PPS-AZ |
| Plaintiff(s), | ) | |
| | ) | DATE: April 17, 2026 |
| v. | ) | TIME: 10:00AM |
| | ) | |
| | ) | PLAINTIFF'S REQUEST TO JUDGE |
| PURDUE UNIVERSITY GLOBAL | ) | SIMON IN SUPPORT OF MOTION |
| ET AL | ) | FOR TEMPORARY RESTRAINING |
| | ) | ORDER |
| Defendant(s). | ) | |
| | ) | |

**PLAINTIFF'S REQUEST TO JUDGE SIMON IN SUPPORT OF MOTION**

**FOR TEMPORARY RESTRAINING ORDER**

Dear Judge Simon,

I respectfully write to request reasonable accommodations and to clarify my circumstances. I am a 54-year-old Black disabled woman currently experiencing homelessness, and I am attempting to preserve both my housing stability and my employment while managing a serious and painful disability. These conditions substantially limit my ability to participate in traditional court processes.

Accordingly, I request permission to utilize electronic filing as a reasonable accommodation, as it would allow me to respond to this matter more efficiently while reducing the physical and logistical burdens I currently face. I also respectfully request that any hearings be conducted virtually or telephonically, consistent with the protections afforded under the Americans with Disabilities Act.

In addition, I seek limited relief that would allow me to return to my academic program to complete my final examinations and coursework. I filed for a temporary restraining order with the sole purpose of completing my degree requirements. My anticipated graduation date is August 25, 2026, and this timeline is critical to my ability to sit for the February 2027 bar examination.

I understand that courts must manage their dockets carefully, and I do not wish to burden the Court unnecessarily. However, my education is directly tied to my livelihood. My current employment requires that I be enrolled as a Juris Doctor student, and I risk losing my job if I am unable to complete my degree. Given my health condition and housing instability, this situation is particularly urgent.

I also respectfully note that I was removed from my courses during Week 13, just before final examinations in Week 15. I am only requesting the opportunity to complete those final requirements and continue into the summer term so that I may graduate. This request is limited in scope and time.

I am aware of your prior ruling in the Notre Dame "John Doe" matter, in which a student was permitted to complete degree requirements under comparable circumstances. I respectfully ask the Court to consider extending similar relief here.

Finally, I wish to express that navigating higher education as a disabled Black disable woman has presented significant challenges, including issues related to assistive technology and academic integrity tools. These barriers have compounded my difficulties, and I raise them only to provide context for my situation.

I respectfully ask the Court for assistance while this case is pending, including permission to complete my education and the requested reasonable accommodations of e-filing and remote hearings. Thank you for your consideration.

**Plaintiff respectfully requests that the Court:**

1. Order Defendants to immediately restore full access to all seven courses, including Community Property;

2. Permit Plaintiff to complete all remaining coursework, including seminar requirements and final examinations;

3. Require Defendants to evaluate Plaintiff's work under established grading rubrics and on its merits;

4. Order that Plaintiff's grades be issued in the ordinary course and that she be permitted to graduate on August 25, 2026;

5. Order the unsealing of Document #8, or in the alternative, conduct review consistent with the public interest and ABA Model Rule 8.4(g);

6. Grant any further relief the Court deems just and proper.

> Respectfully submitted,
> /s/Nicole Lawtone-Bowles
> Pro Se Plaintiff
> Phone: (347) 538-5386
> Dated: April 16, 2026