**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

**NICOLE LAWTONE-BOWLES** )  **Case No.: 4:26-cv-00028-PPS-AZ**
)
**Plaintiff(s),** )  **PLAINTIFF'S REPLY IN**
)  **SUPPORT OF MOTION FOR**
**vs.** )  **TEMPORARY RESTRAINING**
)  **ORDER**
**PURDUE UNIVERSITY** )
**GLOBAL, PURDUE GLOBAL** )  **DATE: April 17, 2026**
**LAW SCHOOL (FORMERLY** )  **TIME: 10:00AM**
**CONCORD LAW SCHOOL)** )
                **Defendant(s).** )
)

# EXHIBITS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| NICOLE LAWTONE-BOWLES ) | **Case No.: 4:26-cv-00028-PPS-AZ** |
| ) | |
| Plaintiff(s), ) | **MOTION FOR LEAVE TO FILE** |
| ) | **ELECTRONICALLY (CM/ECF** |
| vs. ) | **ACCESS)** |
| ) | |
| PURDUE UNIVERSITY ) | **DATE: April 16, 2026** |
| GLOBAL, PURDUE GLOBAL ) | **TIME: 10:00AM** |
| LAW SCHOOL (FORMERLY ) | |
| CONCORD LAW SCHOOL) ) | |
| Defendant(s). ) | |
| ) | |

## MOTION FOR LEAVE TO FILE ELECTRONICALLY (CM/ECF ACCESS)

Plaintiff, Nicole Lawtone-Bowles, proceeding pro se, respectfully moves this Honorable Court for leave to file documents electronically through the Court's Case Management/Electronic Case Filing ("CM/ECF") system.

In support of this Motion, Plaintiff states as follows:

Plaintiff is proceeding without counsel in the above-captioned matter.

Plaintiff understands that electronic filing requires registration with the Court's CM/ECF system and compliance with the Local Rules and the Federal Rules of Civil Procedure.

Plaintiff is willing and able to comply with all requirements governing electronic filing, including maintaining a valid email address, regularly reviewing notices of electronic filing, and ensuring timely submissions.

Granting electronic filing privileges would promote efficiency, reduce delays, and allow Plaintiff to more effectively litigate this matter.

Plaintiff requests that the Court grant permission to register for CM/ECF and file

documents electronically in this case.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and permit Plaintiff to file electronically via the CM/ECF system.

Dated: April 16, 2026
Respectfully submitted,
/s/ Nicole Lawtone-Bowles
Nicole Lawtone-Bowles
Plaintiff, Pro Se

**2601L Spring Term Specific Dates and Module Progress Completion Chart**

To manage your time more effectively, review the module progress deadline chart and add these dates to your personal calendars. Refer to the full school calendar for holidays, the catalog for official policies, both the Supplemental Student Manual and Module Zero for additional resources and guidance.

- First day of Classes is **Wednesday, January 7, 2026.**
  - Any work submitted before this date will receive a grade of ZERO.
  - The preview period is intended only for reviewing the syllabus and beginning Module 1 readings.
  - Attendance is not recorded before January 7.
- Add/Drop deadline without a "W" is **Tuesday, January 13, 2026.**
- **Sunday, January 18, 2026**: By the **12th** day of the term, you must post on the discussion board in **at least one** course to confirm attendance. Failure to log attendance in ANY class will result in administrative withdrawal from the school.
  - Note: Simply reading materials or attending seminars does not count toward attendance.
- **Tuesday, January 27, 2026**: By the **21st** day, you must post attendance in each enrolled course. Failure to log attendance by this date will result in administrative removal from that course, which may affect financial aid and degree progression.
- The First day of "In Progress" (IP) Withdrawal begins: **Wednesday, April 1, 2026.**
- The deadline to request Incomplete from your professor is **Tuesday, April 21, 2026.** Incomplete grades may not be requested after the date of the scheduled final exam.
- Final Exam Period: **Tuesday, April 21 – Friday, April 24, 2026**.
- End of Term: **Tuesday, April 28, 2026**.
- Final grades Available Online: **Monday, May 4, 2026.**

| 2601L Spring Term 16-Week Module Completion Tracker | |
| --- | --- |
| **Module/ Week** | **Module End Date** |
| 1 | 1/13/2026 |
| 2 | 1/20/2026 |
| 3 | 1/27/2026 |
| 4 | 2/3/2026 |
| 5 | 2/10/2026 |
| 6 | 2/17/2026 |
| 7 | 2/24/2026 |
| 8 | 3/3/2026 |
| 9 | 3/10/2026 |
| 10 | 3/17/2026 |
| 11 | 3/24/2026 |
| 12 | 3/31/2026 |
| 13 | 4/7/2026 |
| 14 | 4/14/2026 |
| 15 | 4/21/2026 |
| Scheduled Final Exam Period | 4/21 - 4/24 |
| Last day of the term | 4/28/2026 |
| Reminder to review course-specific late policies posted in every individual syllabus. 2601L School Holidays: Martin Luther King Jr. Day_ Jan 17–19 Full School Calendar | |

## 2601L SPRING 2026 LAW TERM

| Course Code | Section | Name | Credit | Start Date | End Date | Grade | Grade Points | Earned | Quality Points |
|---|---|---|---|---|---|---|---|---|---|
| CL651 | 01 | Constitutional Law II | 3 | 01/07/2026 | 04/28/2026 | * IP | 0.00 | 0.00 | -- |
| CL701 | 01 | Corporations and Business Organizations II | 2 | 01/07/2026 | 04/28/2026 | * IP | 0.00 | 0.00 | -- |
| CL735 | 01 | Professional Responsibility | 2 | 01/07/2026 | 04/28/2026 | * IP | 0.00 | 0.00 | -- |
| CL760 | 01 | Community Property | 2 | 01/07/2026 | 04/28/2026 | F | 0.00 | 0.00 | — |
| CL780 | 01 | Capstone I | 2 | 01/07/2026 | 04/28/2026 | * IP | 0.00 | 0.00 | -- |
| CL805 | 01 | Federal Taxation | 4 | 01/07/2026 | 04/28/2026 | * IP | 0.00 | 0.00 | — |
| CL860 | 01 | Education Law | 4 | 01/07/2026 | 04/28/2026 | * IP | 0.00 | 0.00 | -- |

7 total



# THE PROVIST



DEAN OF LAW
SHAUN JAMISON, JD, PHD



DEAN OF LAW
STEVE BRACCI, JD



**JAMES DODGE, JD**
PROFESSOR OF LAW



PROFESSOR OF LAW
**HOWARD ANDERSON, JD**



**SHERI DENNIS, JD**
PROFESSOR OF LAW



**VICTORIA VIDT**
PROFESSOR OF LAW



**BRIAN VICTOR, JD**
PROFESSOR OF LAW



**SARAH DIAB, JD**
ADJUNCT PROFESSOR OF LAW



LAW STUDENT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **NICOLE LAWTONE-BOWLES**   ) | **Case No.: 4:26-cv-00028-PPS-AZ** |
| ) | |
| **Plaintiff(s),** ) | **CERTIFICATE OF SERVICE** |
| ) | |
| **vs.** ) | **DATE: April 17, 2026** |
| ) | **TIME: 10:00AM** |
| **PURDUE UNIVERSITY** ) | |
| **GLOBAL, PURDUE GLOBAL** ) | |
| **LAW SCHOOL (FORMERLY** ) | |
| **CONCORD LAW SCHOOL)** ) | |
| **Defendant(s).** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, a true and correct copy of the foregoing was served via United States Mail upon the following counsel of record:

Amanda Jane Gallagher
John R. Maley (14300-89)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 231-7464
Facsimile: (317) 231-7433
Email: jmaley@btlaw.com
Counsel for Defendants

Dated: April 17, 2026
Respectfully submitted,
/s/ Nicole Lawtone-Bowles
Nicole Lawtone-Bowles
Plaintiff, Pro Se