

**UNITED STATES POSTAL SERVICE®**

## Click-N-Ship®

P

usps.com
$12.80
US POSTAGE

9410 8301 0935 5009 2230 35 0088 5000 0104 6320

**U.S. POSTAGE PAID**
Click-N-Ship®

04/17/2026
0 lb 1 oz          Mailed from 10928   131031663491692

## PRIORITY MAIL®

ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

Created 2026-04-17
Flat Rate Envelope
**RDC 03**

**C005**

**SIGNATURE REQUIRED**

US DISTRICT COURT NORTHERN DISTRICT O
CLERK'S OFFICE PROSE CLERK'S OFFICE PR
STE 2300
5400 FEDERAL PLZ
HAMMOND IN 46320-1847

**USPS SIGNATURE TRACKING #**

9410 8301 0935 5009 2230 35

---

9410 8301 0935 5009 2230 35

| | |
|---|---|
| PRIORITY MAIL® | $8.8 |
| Extra Services: | $3.9 |
| Fees: | $0.0 |
| Total: | $12. |

Print Date: 2026-04-17
Ship Date: 2026-04-17

From:   ADRAINS PLACE INC. & ULTRESS INC.
        NICOLE L LAWTONE-BOWLES
        56 CENTER ST
        HIGHLAND FALLS NY 10928-1800

To:     US DISTRICT COURT NORTHERN DISTRICT
        CLERK'S OFFICE PROSE CLERK'S OFFICE P
        STE 2300
        5400 FEDERAL PLZ
        HAMMOND IN 46320-1847

*Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label.

Cut on dotted line.

-quality printer.
package with tape or glue - DO
DE. Be sure all edges are secure.
mmended.

not wrap around the edge of

er is unique and can be used
OCOPY.

abel on the "ship date"
ted the label.

ired, present the article and
a Post Office for postmark.



PS00001036014

EP14W July 2022
OD: 12.5 x 9.5

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT