UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

NICOLE LAWTONE-BOWLES,            )
                                  )
         Plaintiff,               )
                                  )
    v.                            )    Case No. 4:26-cv-28-PPS-AZ
                                  )
PURDUE UNIVERSITY GLOBAL, *et al.*, )
                                  )
         Defendants.              )

**ORDER**

This matter is before the Court on Defendants' Motion to Maintain Documents Under Seal [DE 9], filed on April 15, 2026. Defendants filed their opposition to Plaintiff's motion for temporary restraining order provisionally under seal because they contained Plaintiff's personal information which is protected by the Family Education Rights and Privacy Act ("FERPA"), 28 U.S.C. § 1232g. *See* DE 8. Plaintiff has neither opposed nor joined in Defendant's motion to seal.

Having reviewed the underlying brief, the Court agrees that good cause exists to maintain this document and the information contained within it under seal. *See Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999). Going forward, however, the Court may require Defendants to file redacted copies of similar documents in order to limit the amount of material being sealed. *See Hicklin Eng'g, L.C. v. Bartell*, 439 F.3d 346, 348 (7th Cir. 2006) (holding that because federal court proceedings are "presumptively open to public scrutiny" they must "be conducted in public to the maximum extent consistent with respecting

1

trade secrets, the identities of undercover agents, and other facts that should be held in confidence").

Accordingly, the Court **GRANTS** Defendants' Motion to Maintain Documents Under Seal [DE 9]. The Clerk of Court is **DIRECTED** to maintain the entirety of Defendants' opposition to Plaintiff's motion for temporary restraining order [DE 8] under seal.

So ORDERED this 27th day of April 2026.

/s/ Abizer Zanzi
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT

cc: Nicole Lawtone-Bowles (U.S. Mail)