USDC IN/ND case 4:26-cv-00028-PPS-AZ    document 23    filed 04/17/26    page 2 of 2

AO 399 (Rev. 1/09) (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Nicole Lawtone–Bowles
_____
**Plaintiff,**

v.                                                    Case Number  4:26–cv–00028–PPS–AZ

Purdue University Global, et al.
_____
**Defendant.**

## WAIVER OF SERVICE OF SUMMONS

I, or the entity I represent, agree to waive formal service of a summons.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 by June 16, 2026. If I fail to do so, a default judgment may be entered against me or the entity I represent.

Date: _____5/1/2026_____                        _____s/John R. Maley_____
                                                      *Signature of the attorney or unrepresented party*

_____Brian Victor_____                           _____John R. Maley_____
*Printed name of party waiving service of summons*   *Printed name of the signer*

                                                      Barnes & Thornburg LLP
                                                      11 S. Meridian St.

                                                      Indianapolis, IN  46204
                                                      _____
                                                      *Address*

                                                      jmaley@btlaw.com
                                                      _____
                                                      *E-mail address*

                                                      317-231-7464
                                                      _____
                                                      *Telephone number*