AO 399 (Rev. 1/09) (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Nicole Lawtone–Bowles
_____

**Plaintiff,**

v.                                    Case Number  4:26–cv–00028–PPS–AZ

Purdue University Global, et al.
_____

**Defendant.**

# WAIVER OF SERVICE OF SUMMONS

I, or the entity I represent, agree to waive formal service of a summons.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 by June 16, 2026. If I fail to do so, a default judgment may be entered against me or the entity I represent.

Date: ___5/1/2026_____            ____s/John R. Maley_____
                                       *Signature of the attorney or unrepresented party*

___Victoria Vidt_____         ____John R. Maley_____
*Printed name of party waiving service of summons*   *Printed name of the signer*
                                       Barnes & Thornburg LLP
                                       11 S. Meridian St.
                                       Indianapolis, IN  46204
                                       _____
                                       *Address*

                                       ___jmaley@btlaw.com_____
                                       *E-mail address*

                                       ___317-231-7464_____
                                       *Telephone number*