AO 399 (Rev. 1/09) (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Nicole Lawtone–Bowles
_____
**Plaintiff,**

v.

Case Number  4:26–cv–00028–PPS–AZ

Purdue University Global, et al.
_____
**Defendant.**

# WAIVER OF SERVICE OF SUMMONS

I, or the entity I represent, agree to waive formal service of a summons.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 by June 16, 2026. If I fail to do so, a default judgment may be entered against me or the entity I represent.

Date:  5/1/2026
_____

s/John R. Maley
_____
*Signature of the attorney or unrepresented party*

Sarah Diab
_____
*Printed name of party waiving service of summons*

John R. Maley
_____
*Printed name of the signer*

Barnes & Thornburg LLP
11 S. Meridian St.
Indianapolis, IN  46204
_____
*Address*

jmaley@btlaw.com
_____
*E-mail address*

317-231-7464
_____
*Telephone number*