

**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PS00001036014

EP14W July 2022
OD: 12.5 x 9.5

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

---

**UNITED STATES POSTAL SERVICE.**

**P**

**Click-N-Ship®**

usps.com
$12.80
US POSTAGE

04/25/2026
0 lb 1 oz

9410 8301 0935 5009 3413 57 0088 5000 0104 6320

Mailed from 10928    5972852307860980

Created 2026-04-25
Flat Rate Envelope
RDC 03

C005

**PRIORITY MAIL®**

US POSTAGE PAID

SIGNATURE REQUIRED

ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

US DISTRICT COURT NORTHERN DISTRICT O
CLERKS OFFICE PROSE CLERK'S OFFICE PR
STE 2300
5400 FEDERAL PLZ
HAMMOND IN 46320-1847

USPS SIGNATURE TRACKING #

9410 8301 0935 5009 3413 57

---

*Cut on dotted line.*

ser-quality printer.

to ...ackage with tape or glue - DO
CODE. Be sure all edges are secure.
ecommended.

es not wrap around the edge of

mber is unique and can be used
HOTOCOPY.

g label on the "ship date"
eated the label.

equired, present the article and
at a Post Office for postmark.

**9410 8301 0935 5009 3413 57**

Print Date: 2026-04-25

Ship Date: 2026-04-25

**PRIORITY MAIL®**
**Extra Services:**
Fees:

Total:

**From:**  ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

**To:**  US DISTRICT COURT NORTHERN DISTRIC
CLERK'S OFFICE PROSE CLERK'S OFFICE
STE 2300
5400 FEDERAL PLZ
HAMMOND IN 46320-1847

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking®
service on PRIORITY MAIL® service with use of this electronic rate shipping label.