RE: New Dragon Legal Anywhere Inquiry: Purdue Global Law School

From: Diane Giblin - ORdigiNAL (diane.giblin@ordiginal.com)

To:    nicolelawtone@aol.com

Date:  Tuesday, May 5, 2026, 03:03 PM EDT

Hi Nicole,

I am sorry to hear this, that is insane!! Dragon Legal Anywhere is a speech-to-text software product where you can turn your voice into words.

It's used by millions of people and many of them for accessibility purposes.

The SRP of the product is: $780.00 per year

Thanks!
Diane

**From:** Dr. Nicole Lawtone-Bowles <nicolelawtone@aol.com>
**Sent:** Tuesday, May 5, 2026 6:23 AM
**To:** Diane Giblin - ORdigiNAL <diane.giblin@ordiginal.com>
**Subject:** Re: New Dragon Legal Anywhere Inquiry: Purdue Global Law School

Good morning Diane,

I was cited by three instructors and the Academic Appeals Committee at Purdue Global Law School for alleged academic misconduct based on the mistaken belief that I was using generative artificial intelligence. In reality, I was using Dragon Legal Anywhere, which is approved assistive technology provided as an accommodation for my documented disability. Despite my disclosure and the school's prior approval of this technology, the instructors interpreted the speed, structure, and output of my work as evidence of unauthorized AI use. This mischaracterization served as the basis for multiple academic integrity findings against me, which were subsequently upheld on appeal. Can you explain what Dragon Legal Anywhere is and how much it costs for someone in my position, such as a paralegal who is unable to type due to a disability?

Sincerely,

Nicole Lawtone-Bowles

Pronouns: She/Her

*"Master your mind because a thought can ruin your whole day."*

On Tuesday, May 5, 2026 at 07:20:41 AM EDT, Diane Giblin - ORdigiNAL <              > wrote:

# Putting words to work with

AI-powered, professional grade speech recognition that integrates directly into legal workflows.

Empower attorneys and other legal professionals to create high-quality documentation with Nuance® Dragon® Legal Anywhere cloud hosted speech recognition. Firms and legal departments can streamline repetitive and manual documentation processes, while saving time for IT staff and boosting productivity and efficiency for busy professionals across work teams.

Highly scalable and ready-to-use, Dragon Legal Anywhere works across your existing infrastructure of Windows-based devices, including virtualized and remote-access PCs. The lightweight Windows client application downloads and installs in minutes and provides an encrypted connection to its hosting infrastructure, Microsoft Azure. In addition to its built in legal vocabulary, Dragon Legal Anywhere can be customized to include sector specific terms, phrases, and formatting rules that ensure a fast and accurate speech recognition experience. Additional features include customizable voice commands and Auto-Texts, navigation and voice-based correction.

**Easy to install, even easier to use**
Dragon Legal Anywhere can be installed on Windows-based enterprise workstations or laptops in just minutes without the need for complex configurations. Once installed, front- and back-office employees alike simply open the app from the Windows Start menu, place the cursor where they want speech-recognized text to appear, and start dictating into Windows-based applications (i.e., Microsoft Outlook, Microsoft Word).



**Windows-based devices**



**Microsoft Azure hosting infrastructure**



NUANCE

 **Enjoy accurate recognition of legal terms:** Specialized legal vocabulary means professionals can dictate contracts, briefs, or format legal citations and other legal documentation, three times faster than typing, with up to 99% accuracy right from the first use.

 **Portability to work at any workstation:** Dragon Legal Anywhere provides secure, accurate, and portable cloud-based enterprise speech recognition across a wide range of Windows devices. And with the included Dragon Anywhere Mobile app, Nuance's professional-grade dictation for iOS® and Android™, legal teams have even more freedom to dictate from virtually anywhere.

 **Fast, accurate, and highly customizable:** Fast, extremely responsive, and highly accurate out-of-the-box enterprise speech recognition with speech profiles that can be easily accessed across multiple devices.

 **Create multi-step commands:** Save time with new enhanced step-by-step command creation to execute a series of actions with a single utterance.

 **Easy to install and maintain:** No complex configurations, one-click installation, and automatic updates mean less work for your IT staff, less hassle for your employees, and users can be up and running within minutes.

 **No limit on productivity:** Speak freely and as much as you like with no per user limits – attorneys and support staff can stay productive anywhere and focus on the business rather than the technology.

 **256-Bit encrypted data:** The clients connect to a server component that is installed using 256-bit encryption. Data is encrypted in transit and at rest.

 **Thin client support:** Support for thin client hardware, server virtualization as well as Citrix environments. Allows for fast and easy integration into existing IT infrastructure.

 **Central user administration:** The Nuance Management Center makes it easy to track employee usage of Dragon, redistribute licenses based on usage, and manage or share customizations, including custom words, commands and auto-texts, across multiple users.

---

## About Nuance Communications, Inc.

Nuance Communications is reinventing the relationship between people and technology. Through its voice and language offerings, the company is creating a more human conversation with the many systems, devices, electronics, apps and services around us. Every day, millions of people and thousands of businesses experience Nuance through intelligent systems that can listen, understand, learn and adapt to your life and your work. For more information, please visit nuance.com.

---



Copyright © 2020 Nuance Communications, Inc. All rights reserved. Nuance, and the Nuance logo, are trademarks and/or registered trademarks, of Nuance Communications, Inc. or its affiliates in the United States and/or other countries. All other brand and product names are trademarks or registered trademarks of their respective companies.

August 2020