

**UNITED STATES POSTAL SERVICE®**

**Click-N-Ship®**

usps.com
$13.52
US POSTAGE

**P**

U.S. POSTAGE PAID
Click-N-Ship®

9410 8301 0935 5009 5444 13 0095 7000 0104 8320

05/09/2026
0 lb 1 oz

Mailed from 10928   226045479570474

**PRIORITY MAIL®**

ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

Created 2026-05-09
Flat Rate Envelope
**RDC 03**

**C005**

**SIGNATURE REQUIRED**

US DISTRICT COURT NORTHERN DISTRICT O
CLERK'S OFFICE PROSE CLERK'S OFFICE PR
5400 FEDERAL PLZ STE 2300
HAMMOND IN 46320-1847

**USPS SIGNATURE TRACKING #**

**9410 8301 0935 5009 5444 13**

NICOLE  LAWTONE-BOWLES
3475385386

9410 8301 0935 5009 5444 13

Print Date: 2026-05-09
Ship Date: 2026-05-09

PRIORITY MAIL®        $9.57
Extra Services:       $3.95
Fees:                 $0.00
Total:               $13.52

From:   ADRAINS PLACE INC. & ULTRESS INC.
        NICOLE L LAWTONE-BOWLES
        56 CENTER ST
        HIGHLAND FALLS NY 10928-1800

To:     US DISTRICT COURT NORTHERN DISTRICT OF IN
        CLERK'S OFFICE PROSE CLERK'S OFFICE PROS
        5400 FEDERAL PLZ STE 2300
        HAMMOND IN 46320-1847

Cut on dotted line.

**UNITED STATES POSTAL SERVICE®**   *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*



PS00001036014

**EP14W July 2022**



**FLAT RATE ENVELOPE**
ONE RATE   ANY WEIGHT