## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NICOLE LAWTONE-BOWLES )<br>              Plaintiff(s), )<br>                     )<br><br>      v.                 )<br>                     )<br>                     )<br>PURDUE UNIVERSITY GLOBAL ET AL )<br>            Defendant(s). )<br>                     )<br>                     )<br>                     )<br>                     ) | **Case No.: 4:26-cv-00028-PPS-AZ**<br><br>**DATE: May 14, 2026**<br>**TIME:10:00am**<br><br>**NOTICE OF FILING**<br>**SUPPORTING EXHIBITS** |

To: Clerk of Court
United States District Court
Northern District of Indiana,
Hammond Division
5400 Federal Plaza
Hammond, IN 46320

Re: Lawtone-Bowles v. Purdue University Global, Case No. 4:26-cv-00028 (N.D. Ind.) Filing Submission

Dear Clerk of Court:

Please accept for filing in the above-referenced matter the enclosed documents. Kindly docket the materials as submitted Please and Thank you

Thank you for your assistance.

Sincerely,
/s/Nicole Lawtone-Bowles
ProSe Plaintiff
56 Center Street
Highland Falls, New York 10928
NicoleLawtone@aol.com
(347)538-5386

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| NICOLE LAWTONE-BOWLES | ) | Case No.: 4:26-cv-00028-PPS-AZ |
| Plaintiff(s), | ) | |
| | ) | DATE: May 14, 2026 |
| v. | ) | TIME:10:00am |
| | ) | |
| | ) | |
| PURDUE UNIVERSITY GLOBAL ET AL | ) | CERTIFICATE OF SERVICE |
| Defendant(s). | ) | |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, I served the foregoing filing on the following counsel for Defendants by PACER's CM/ECF on the date received by the Clerk's Office.

John R. Maley (14300-89)
Amanda Jane Gallagher (32662-79)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Attorneys for Defendants

Sincerely,
/s/Nicole Lawtone-Bowles
ProSe Plaintiff
56 Center Street
Highland Falls, New York 10928
NicoleLawtone@aol.com
(347)538-5386

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NICOLE LAWTONE-BOWLES ) | Case No.: 4:26-cv-00028-PPS-AZ |
| ) | |
| Plaintiff(s), ) | |
| ) | DATE: May 14, 2026 |
| vs. ) | TIME: 10:00AM |
| ) | |
| PURDUE UNIVERSITY ) | |
| GLOBAL, PURDUE GLOBAL ) | |
| LAW SCHOOL (FORMERLY ) | |
| CONCORD LAW SCHOOL) ) | |
| Defendant(s). ) | |
| ) | |

# EXHIBITS

## Exhibit Index — Plaintiff Side (Complete)

P-001 — "Case: C-6040271 — Academic Dishonesty 1st Breach (Salesforce case header and summary)" — Date: 4/13/26 (system page header date); underlying case period May–Jun 2025 — Author/Sender and Recipient: Purdue Global internal record; no direct sender/recipient — PDF pp. 1–2 — Issue Tags: disability, discrimination, retaliation, due process — One-sentence note: Establishes formal institutional recording of the first academic dishonesty breach and the administrative posture against Plaintiff, relevant to notice, process, and cumulative sanctions.

P-002 — "Instructor narrative re Module 6 and Module 10 essays (suspicion of assistance, timing logs)" — Date: contemporaneous with May 2025 submissions; narrative reflected in case record — Author/Sender: Instructor Victoria Vidt; Recipient: University case file — PDF pp. 1–2 — Issue Tags: disability, discrimination, due process — One-sentence note: Shows the basis for suspicion (speed, citations) and the instructor's credibility assessment without accounting for assistive technology, supporting Plaintiff's theory of misinterpretation of disability-related work patterns.

P-003 — "Attempt Logs — Module 6 Essay (Respondus)" — Date: May 11, 2025 — Author/Sender: System logs; Recipient: University record — PDF pp. 2–3 — Issue Tags: due process — One-sentence note: Confirms objective timing data used against Plaintiff, central to whether speed alone properly indicates misconduct.

P-004 — "Attempt Logs — Module 10 Essay (Respondus)" — Date: May 11, 2025 — Author/Sender: System logs; Recipient: University record — PDF pp. 3–4 — Issue Tags: due process — One-sentence note: Provides the staged character counts and autosubmit timing relied on by the instructor, relevant to the reasonableness of inferences drawn.

P-005 — "Email thread: Instructor Vidt to PG Plagiarism re Grade Appeal Response (narrative)" — Date: Jun 4, 2025 — Author/Sender: Victoria Vidt to PG Plagiarism (cc admins) — PDF pp. 4–7 — Issue Tags: disability, discrimination, retaliation, due process — One-sentence note: Documents instructor's rationale and communications tone about Plaintiff's credibility and citations in a closed-book setting, supporting Plaintiff's contention of bias and failure to accommodate dictation workflows.

P-006 — "First-breach notice letter (Office of Provost) — Module 6 and 10 failure" — Date: Jun 17, 2025 — Author/Sender: Office of the Provost to Plaintiff — PDF pp. 7–8 — Issue Tags: retaliation, due process, damages — One-sentence note: Memorializes the first breach, penalties, and appeal steps, showing formal adverse action and potential harm.

P-007 — "Provost level appeal response (upholding first-breach denial)" — Date: Jun 23, 2025 — Author/Sender: Provost's Office to Plaintiff — PDF pp. 8–9 — Issue Tags: due process, retaliation, damages — One-sentence note: Confirms final adverse decision on first breach despite Plaintiff's submissions, relevant to exhaustion and harm.

P-008 — "Case: C-6449123 — Academic Dishonesty 2nd Breach (Salesforce case header and summary)" — Date: 1/26/26 system entries — Author/Sender: University case system; Owner Navarro — PDF pp. 9–11 — Issue Tags: disability, retaliation, due process, damages — One-sentence note: Opens the second-breach case concerning Community Property course, evidencing escalation and cumulative penalties.

P-009 — "Instructor Victor narrative re accelerated completion and authorship concerns" — Date: Jan 14–15, 2026 — Author/Sender: Brian

Victor; Recipient: University case file — PDF pp. 11–13 — Issue Tags: disability, discrimination, due process, retaliation — One-sentence note: Details reliance on speed/quality and on-the-spot questioning failure, supporting Plaintiff's claim that disability-related pace and dictation were misconstrued as misconduct.

P-010 — "Second-breach notice letter (failure of course CL760)" — Date: Jan 26, 2026 — Author/Sender: Office of Provost to Plaintiff — PDF pp. 13–15 — Issue Tags: retaliation, due process, damages — One-sentence note: Confirms course failure penalty and formal second breach, establishing continuing adverse actions.

P-011 — "Plaintiff's ADA/Section 504 grievance appeal statement (quoted in appeal request entry)" — Date: Jan 2026 — Author/Sender: Plaintiff to Provost/Appeals — PDF pp. 15–16 — Issue Tags: disability, discrimination, retaliation, due process, damages — One-sentence note: Asserts protected-class status and failure to accommodate dictation and pacing, central to discrimination theory.

P-012 — "Email: Victor invites call due to rapid progress; Plaintiff immediate call-back" — Date: Jan 14, 2026 — Author/Sender: Victor to Plaintiff; reply by Plaintiff — PDF pp. 16–18 — Issue Tags: due process, disability — One-sentence note: Shows initial approach and Plaintiff's prompt cooperation context before later accusations.

P-013 — "Plaintiff email: links to personal case and study source (Audible rules), and NY Bar info" — Date: Jan 14–15, 2026 — Author/Sender: Plaintiff to Victor — PDF pp. 18–19 — Issue Tags: due process, damages — One-sentence note: Provides Plaintiff's stated study methods and bar prep urgency, contextualizing pace.

P-014 — "Victor notification: formal report to Provost re CL760" — Date: Jan 15, 2026 — Author/Sender: Victor to Plaintiff — PDF pp. 19–20 — Issue Tags: retaliation, due process — One-sentence note: Notifies escalation despite Plaintiff's disability explanation, relevant to retaliatory trajectory.

P-015 — "Plaintiff emails to SAS and law school re pacing policy and accommodations" — Date: Jan 15, 2026 — Author/Sender: Plaintiff to SAS; to law school contacts — PDF pp. 20–23 — Issue Tags: disability, discrimination, due process — One-sentence note: Documents contemporaneous efforts to clarify "work ahead" policy and accommodation integration, supporting failure-to-accommodate claim.

P-016 — "SAS response: pacing policy is law school dean's office; accommodations don't include working ahead" — Date: Jan 15, 2026 — Author/Sender: SAS to Plaintiff — PDF pp. 22–24 — Issue Tags: disability, due process — One-sentence note: Shows institutional position that "working ahead" is not an approved accommodation, relevant to interactive process adequacy.

P-017 — "Fishman emails: discouraging working too far ahead; pace expectations" — Date: Jan 15, 2026 — Author/Sender: Jennifer Fishman to Plaintiff — PDF pp. 24–27 — Issue Tags: disability, discrimination, due process — One-sentence note: Reflects informal "pace" expectations not in formal rules, which Plaintiff argues conflict with disability needs.

P-018 — "Plaintiff replies to Fishman disputing preview submissions; explains disability/time pressures" — Date: Jan 15, 2026 — Author/Sender: Plaintiff to Fishman — PDF pp. 26–27 — Issue Tags: disability, due process, damages — One-sentence note: Shows Plaintiff's consistent disability-based rationale for working ahead, bolstering her accommodation theory.

P-019 — "Plaintiff formal ADA/504 grievance to law school (course reassignment and discrimination concern)" — Date: Jan 26–27, 2026 — Author/Sender: Plaintiff to Associate Dean and others — PDF pp. 27–33 — Issue Tags: disability, discrimination, retaliation, due process, damages — One-sentence note: Records Plaintiff's protected-activity complaints and requests for an accessible process, supporting retaliation timeline.

P-020 — "Law school response: follow appeal steps; no section change post add/drop" — Date: Jan 26–27, 2026 — Author/Sender: Law school admins to Plaintiff — PDF pp. 27–31 — Issue Tags: due process — One-sentence note: Demonstrates rigid process communications amid Plaintiff's disability/discrimination complaints.

P-021 — "Second-breach appeal and process emails: Provost office notices (grade tied to misconduct finding)" — Date: Jan 28–29, 2026 — Author/Sender: PG Provost; Plaintiff — PDF pp. 33–37 — Issue Tags: due process, damages — One-sentence note: Confirms that grade cannot be appealed independently due to misconduct decision, indicating consequences and procedural posture.

P-022 — "Plaintiff supplemental statement: demands metadata disclosure, virtual hearing, and asserts assistive technology rights" — Date: Jan 28–30, 2026 — Author/Sender: Plaintiff to PG Provost — PDF pp. 35–37 — Issue Tags: disability, due process, discrimination — One-sentence note: Requests transparency and accommodation-consistent review, supporting due process/failure-to-accommodate claims.

P-023 — "Academic record screenshot: CL760 grade components showing zeros on flagged items" — Date: Feb 2026 — Author/Sender: Plaintiff to Provost — PDF pp. 37–40 — Issue Tags: damages, retaliation — One-sentence note: Corroborates tangible harm from misconduct flags on graded components.

P-024 — "Emails: early January dialogue — Victor outreach and Plaintiff course questions showing engagement" — Date: Jan 14–19, 2026 — Author/Sender: Victor and Plaintiff — PDF pp. 40–44 — Issue Tags: due process — One-sentence note: Demonstrates Plaintiff's active participation and inquiry, countering narrative of avoidance.

P-025 — "Plaintiff's detailed course essay submissions (Modules 4, 10, 11) — content excerpts" — Date: Jan 2026 — Author/Sender: Plaintiff submissions — PDF pp. 44–54 — Issue Tags: due process, damages — One-sentence note: Shows substantive legal analysis Plaintiff claims is her own work, relevant to authorship disputes.

P-026 — "Assignment instructions: Essays receive model answer after submission (no remediation)" — Date: Course term — Author/Sender: Course materials — PDF p. 54 — Issue Tags: due process — One-sentence note: Supports instructor's no-remediation stance once model answers viewed, bearing on sanction proportionality and process.

P-027 — "Academic Dishonesty Appeal Outcome — 2nd breach (findings re speed, quality vs in-person performance; draft retention)" — Date: Mar 2, 2026 — Author/Sender: PG Provost to Plaintiff — PDF pp. 54–56 — Issue Tags: due process, discrimination, damages — One-sentence note: Records committee reliance on performance disconnect and lack of drafts, central to Plaintiff's critique of process fairness vis-à-vis dictation workflows.

P-028 — "Provost final decision upholding 2nd-breach denial" — Date: Mar 4, 2026 — Author/Sender: Provost to Plaintiff — PDF pp. 56–57 — Issue Tags: due process, damages — One-sentence note: Confirms exhaustion and persistence of adverse action, contributing to cumulative harm.

P-029 — "Case: C-6523986 — Academic Dishonesty 3rd Breach (Education Law CL850) — case and narrative entries" — Date: Mar 10, 2026 (case creation); underlying events Jan–Mar 2026 — Author/Sender: Sarah Diab; Shaun Jamison; Office of Provost — PDF pp. 57–64 — Issue Tags: disability, discrimination, retaliation, due process, damages — One-sentence note: Opens third-breach process citing rapid completion, Turnitin/AI concerns, and meeting friction; anchors dismissal risk.

P-030 — "Plaintiff email to Diab: missing grades inquiry" — Date: Feb 11, 2026 — Author/Sender: Plaintiff to Diab — PDF p. 64 — Issue Tags: retaliation, damages — One-sentence note: Shows Plaintiff's normal course admin inquiry before escalation.

P-031 — "Email: Diab reschedules; Plaintiff's hostile response referencing AI policing and bias in detectors" — Date: Feb 14, 2026 — Author/Sender: Diab to Plaintiff; Plaintiff reply — PDF pp. 64–66 — Issue Tags: retaliation, disability, discrimination — One-sentence note: Captures breakdown in communication and Plaintiff's protected concerns about AI detector bias with accommodations.

P-032 — "Jamison inquiry letter to Plaintiff (CL850): outlines time/credit loads, Turnitin similarity on M1, and AI policy" — Date: Mar 4, 2026 — Author/Sender: Shaun Jamison to Plaintiff — PDF pp. 66–73 — Issue Tags: due process, disability — One-sentence note: Formalizes the investigative predicates and AI policy context, important to Plaintiff's challenge to methodology and accommodation consideration.

P-033 — "Plaintiff video/rebuttal email: disability narrative, dictation tools, stress, and Turnitin activation dispute" — Date: Mar 4, 2026 — Author/Sender: Plaintiff to Jamison — PDF pp. 73–81 — Issue Tags: disability, discrimination, retaliation, due process, damages — One-sentence note: Provides Plaintiff's comprehensive explanation of assistive tech, work schedule, and demands for evidentiary transparency, supporting failure-to-accommodate and due process themes.

P-034 — "Jamison follow-up: seeks confirmation of further evidence; posits Turnitin upload timeline" — Date: Mar 4, 2026 — Author/Sender: Jamison to Plaintiff — PDF pp. 81–83 — Issue Tags: due process — One-sentence note: Shows investigative openness to benign explanation on M1 duplication via Turnitin pre-upload, addressing plagiarism inference.

P-035 — "Plaintiff reply confirming Turnitin pre-checks and asserting race/disability concerns" — Date: Mar 4, 2026 — Author/Sender: Plaintiff to Jamison — PDF pp. 83–85 — Issue Tags: discrimination, retaliation, damages — One-sentence note: Links protected-class assertions to investigative stress and harm, supporting retaliation narrative.

P-036 — "Plaintiff Turnitin proof (PG411) — 15% similarity screenshots" — Date: Jan 4, 2026 (submission) — Author/Sender: Plaintiff to Jamison — PDF pp. 85–87 — Issue Tags: due process — One-sentence note: Corroborates that high duplication in-course could stem from Plaintiff's own prior Turnitin upload, undermining plagiarism claim.

P-037 — "Jamison email: closes Turnitin plagiarism issue; notes grammar tool limits" — Date: Mar 4, 2026 — Author/Sender: Jamison to Plaintiff — PDF p. 87 — Issue Tags: due process — One-sentence note: Acknowledges resolution on duplication while maintaining AI drafting concerns, refining issues for dispute.

P-038 — "Plaintiff reply: reiterates disability documentation and impact of accusations" — Date: Mar 4, 2026 — Author/Sender: Plaintiff to Jamison — PDF pp. 87–89 — Issue Tags: disability, damages, retaliation — One-sentence note: Emphasizes emotional distress and risk of dismissal as harm tied to alleged failure to accommodate.

P-039 — "Jamison guidance: upload video to Drive; student assistance link" — Date: Mar 5, 2026 — Author/Sender: Jamison to Plaintiff — PDF p. 89 — Issue Tags: due process — One-sentence note: Reflects procedural steps and supportive resource link during investigation.

P-040 — "Plaintiff notice of pending OCR/DOJ complaints and retaliation warning" — Date: Mar 5, 2026 — Author/Sender: Plaintiff to Jamison — PDF pp. 89–91 — Issue Tags: retaliation, disability, discrimination, due process — One-sentence note: Records protected activity and warns that further adverse action would be retaliatory, anchoring timeline.

P-041 — "Plaintiff follow-up: provides medical letters; asserts repeated failures to accommodate" — Date: Mar 5, 2026 — Author/Sender: Plaintiff to Jamison — PDF pp. 91–93 — Issue Tags: disability, discrimination, retaliation, damages — One-sentence note: Adds medical

corroboration and claims prior appeals were ineffective, supporting damages and pattern.

P-042 — "Plaintiff notice to Provost re DOJ complaint over CL760 F and request for fair grading" — Date: Mar 6, 2026 early morning — Author/Sender: Plaintiff — PDF pp. 93–95 — Issue Tags: retaliation, due process, disability — One-sentence note: Connects adverse grading to assumptions about productivity and asks for merits review, reinforcing protected activity.

P-043 — "Plaintiff email: legal framework for Section 504/ADA; demands review without AI-detector reliance" — Date: Mar 6, 2026 — Author/Sender: Plaintiff to Jamison — PDF pp. 95–97 — Issue Tags: disability, discrimination, due process — One-sentence note: Cites federal obligations and asks for substantive, accommodation-aware review, supporting process claim.

P-044 — "NYC DSS-HRA-DHS policy: Generative AI Tool Prohibition (work systems)" — Date: Feb 27, 2026 — Author/Sender: Agency notice; provided by Plaintiff — PDF pp. 97–98, 101–102 (duplicate provided twice) — Issue Tags: due process — One-sentence note: Supports Plaintiff's assertion she does not (and cannot) use generative AI on work devices, bearing on credibility; Note: Duplicate appears later; mark as duplicate where reattached.

P-045 — "SAS confirmation: Plaintiff currently approved and receiving accommodations" — Date: Mar 5, 2026 (11:45) — Author/Sender: SAS (Toni Pesce) to Plaintiff — PDF pp. 98–99, 101–102 (duplicate) — Issue Tags: disability, due process — One-sentence note: Confirms active accommodations during the period of adverse actions; Note: Duplicate later, same content.

P-046 — "Plaintiff email: Word metadata explanation (creation, edits, revisions) to show authorship" — Date: Mar 6, 2026 (1:50 AM) — Author/Sender: Plaintiff to Jamison — PDF pp. 100–101 — Issue Tags: due process — One-sentence note: Offers objective document properties consistent with self-authorship via normal drafting workflow.

P-047 — "Plaintiff FERPA request for names of decision-makers and records" — Date: Mar 6, 2026 (2:15 AM) — Author/Sender: Plaintiff to Jamison — PDF pp. 102–103 — Issue Tags: due process, retaliation — One-sentence note: Seeks records access to ensure procedural fairness and enable federal complaints.

P-048 — "Jamison referral of FERPA request to Student Relations" — Date: Mar 6, 2026 (8:52 AM) — Author/Sender: Jamison to Plaintiff — PDF p. 103 — Issue Tags: due process — One-sentence note: Shows administrative routing of Plaintiff's records request, relevant to process responsiveness.

P-049 — "Plaintiff notice: risk of dismissal tied to assistive technology treated as misconduct; legal citations" — Date: Mar 6, 2026 (9:01 AM) — Author/Sender: Plaintiff to Jamison — PDF pp. 103–105 — Issue Tags: disability, discrimination, retaliation, due process, damages — One-sentence note: Asserts that treating approved assistive tech as misconduct violates federal law and requests all records for DOJ/OCR filings.

P-050 — "Jamison reply: refers Plaintiff to Student Relations; investigation ongoing" — Date: Mar 6, 2026 (9:33 AM) — Author/Sender: Jamison — PDF p. 105 — Issue Tags: due process — One-sentence note: Confirms ongoing nature of CL850 investigation, placing timing of protected complaints before final referral.

P-051 — "Plaintiff litigation threat notice and IIED claim to Jamison" — Date: Mar 6, 2026 (morning) — Author/Sender: Plaintiff to Jamison — PDF pp. 105–108 — Issue Tags: retaliation, damages, disability, discrimination — One-sentence note: Details severe distress, health issues, and asserts individual and institutional liability if not reinstated, supporting damages and retaliation.

P-052 — "Plaintiff message noting Education Law as real-life test case; requests Turnitin activation; alleges failure to accommodate" — Date: Mar 6, 2026 (10:07 AM) — Author/Sender: Plaintiff to Jamison — PDF pp. 108–109 — Issue Tags: disability, due process, damages — One-sentence note: Reiterates need for tool parity and claims misjudgment tied to disability, supporting failure-to-accommodate.

P-053 — "Tech Support Ticket CSR0643359 — Turnitin functionality issue in CL850" — Date: Mar 8, 2026 — Author/Sender: Tech Support to Plaintiff — PDF pp. 109–111 — Issue Tags: due process — One-sentence note: Confirms system-level Turnitin visibility issue, supporting Plaintiff's earlier dispute about inability to access reports.

P-054 — "NLB Correspondence post CL850 Inquiry — Full Jamison inquiry email (duplicate of P-032 content)" — Date: Mar 4, 2026 — Author/Sender: Jamison to Plaintiff — PDF pp. 111–118 — Issue Tags:

due process — One-sentence note: Duplicate of Jamison's inquiry letter laying out time estimates and AI policy; mark as duplicate/copy for completeness. (duplicate of etc.)

P-055 — "Academic Dishonesty Appeal Outcome — 3rd breach (Education Law) with detailed citation-error findings" — Date: Apr 1, 2026 — Author/Sender: PG Provost to Plaintiff — PDF pp. 118–120 — Issue Tags: due process, discrimination, retaliation, damages — One-sentence note: Records committee's reliance on incorrect/mismatched citations suggesting AI "hallucinations," central to Plaintiff's claim of misattribution and process fairness.

P-056 — "Provost final appeal response upholding 3rd-breach dismissal" — Date: Apr 7, 2026 — Author/Sender: Provost to Plaintiff — PDF pp. 120–121 — Issue Tags: retaliation, due process, damages — One-sentence note: Confirms dismissal from university as final adverse action following protected complaints and accommodation assertions, supporting retaliation and damages.

P-057 — "Plaintiff early course engagement emails with Instructor Vidt (pre-breach) — early completion strategy" — Date: May 12–13, 2025 — Author/Sender: Plaintiff and Vidt — PDF pp. 17–19 (earlier section) — Issue Tags: disability, due process — One-sentence note: Shows baseline of Plaintiff communicating about working ahead and using assistive tech before accusations, supporting her accommodations narrative.

P-058 — "Vidt email: flags citations in closed-book essay; imposes zero pending inquiry" — Date: May 14, 2025 — Author/Sender: Vidt to Plaintiff — PDF pp. 19–20 — Issue Tags: due process, disability — One-sentence note: Initiates first-breach path and frames the citations issue, critical to Plaintiff's claim that dictation and study habits were misread.

P-059 — "Plaintiff response explaining tutor advice on citations, denies dishonesty, flags bias concern" — Date: May 14, 2025 — Author/Sender: Plaintiff to Vidt — PDF pp. 20–21 — Issue Tags: disability, discrimination, retaliation — One-sentence note: Earliest protected complaint of perceived bias and mental health impact during first dispute.

P-060 — "Plaintiff resubmission note and rewritten analysis without citations (Fourth Amendment essay)" — Date: May 14, 2025 — Author/Sender: Plaintiff to Vidt — PDF pp. 21–24 — Issue Tags: due process — One-sentence note: Indicates willingness to conform and

provides substantive work product, relevant to authorship and remediation issues.

P-061 — "Plaintiff apology/clarification: assistive tech (Dragon), predictive text, and CA Bar approval" — Date: May 14, 2025 — Author/Sender: Plaintiff to Vidt — PDF pp. 24–25 — Issue Tags: disability, discrimination, due process — One-sentence note: Notifies instructor of approved accommodations and tool behavior, supporting notice and failure-to-accommodate claims.

P-062 — "Vidt reply: acknowledges distress; keeps zero pending investigation; seeks policy guidance" — Date: May 15, 2025 — Author/Sender: Vidt to Plaintiff — PDF p. 25 — Issue Tags: due process — One-sentence note: Shows interim sanction pre-decision and unfamiliarity with policy, supporting Plaintiff's process critique.

P-063 — "Plaintiff reiteration: disability diagnosis; Dragon use since 2019; requests instructor read SAS email" — Date: May 15, 2025 — Author/Sender: Plaintiff to Vidt — PDF pp. 25–26 — Issue Tags: disability, discrimination — One-sentence note: Reinforces that instructor had notice of accommodations, pertinent to failure-to-accommodate.

P-064 — "Plaintiff complaint to admins: alleges discrimination/harassment; zero due to dictation features" — Date: May 15, 2025 — Author/Sender: Plaintiff to SAS/Admins — PDF pp. 26–27 — Issue Tags: disability, discrimination, retaliation — One-sentence note: Records protected activity at the outset of first-breach events.

P-065 — "Vidt inquiry: asks whether Dragon connects to Westlaw/Lexis; Plaintiff feels questioned" — Date: May 16, 2025 — Author/Sender: Vidt to Plaintiff — PDF pp. 27–28 — Issue Tags: disability, discrimination — One-sentence note: Shows instructor's technical assumptions about Plaintiff's tool, supporting misinterpretation of accommodations.

P-066 — "Plaintiff detailed response: denies AI on closed-book; outlines recall, tools, degrees" — Date: May 16, 2025 — Author/Sender: Plaintiff to Vidt et al. — PDF pp. 28–30 — Issue Tags: disability, due process — One-sentence note: Provides non-AI authorship rationale tied to dictation/memorization, core to authorship defense.

P-067 — "Vidt follow-up: presents Module 6 logs (5,298 chars in 8 minutes) and questions credibility" — Date: May 21, 2025 — Author/Sender: Vidt to Plaintiff — PDF pp. 30–32 — Issue Tags: due process — One-sentence note: Establishes the timing log as key evidence and instructor's view on plausibility.

P-068 — "Plaintiff firm response: directs instructor to accommodation letter; affirms dictation authorship" — Date: May 21, 2025 — Author/Sender: Plaintiff to Vidt — PDF pp. 32–33 — Issue Tags: disability, discrimination — One-sentence note: Reasserts that speed reflects dictation and outlines rather than prohibited aids, reinforcing accommodation nexus.

P-069 — "Vidt finalizes zero and files report; notes non-credibility of 8-minute composition" — Date: May 21, 2025 — Author/Sender: Vidt to Plaintiff — PDF p. 33 — Issue Tags: due process, damages — One-sentence note: Triggers formal process and harm for first breach, anchoring causation.

P-070 — "Academic Dishonesty Appeal Outcome — 1st breach (committee rationale: speed, citations, error-free prose)" — Date: Jun 17, 2025 — Author/Sender: PG Plagiarism to Plaintiff — PDF pp. 7–8 (earlier) — Issue Tags: due process, damages — One-sentence note: Documents reliance on implausibility and citations memory to affirm breach, key to Plaintiff's critique of standards applied.

P-071 — "Case: C-6523986 — Account/Student status snippet showing Dismissal" — Date: 3/10/2026 (system) — Author/Sender: System record — PDF pp. 60–63 — Issue Tags: damages, retaliation — One-sentence note: Confirms dismissal status associated with the third breach, evidencing ultimate adverse action.

P-072 — "NLB Document Properties screenshots — Module 1, 3, 5, 8, 13 Word file properties" — Date: Created/Modified dates Jan 2–13, 2026; captured Mar 6, 2026 — Author/Sender: Provided within Jamison's file — PDF pp. 116–118 — Issue Tags: due process — One-sentence note: Provides objective edit-time data (including 5 minutes on M8) central to dispute over plausibility of authorship via dictation.

P-073 — "Associate Dean Pritikin reply disputing race-bias accusation; advises providing drafts" — Date: Mar 9, 2026 — Author/Sender: Pritikin to Plaintiff — PDF pp. 120–121 (end) — Issue Tags: due process — One-sentence note: Shows institutional stance focusing on evidence of authorship rather than bias, shaping Plaintiff's burden.

P-074 — "Plaintiff course questions to Victor (community vs equitable distribution; Marvin issues; §2641 reimbursement)" — Date: Jan 18–19, 2026 — Author/Sender: Plaintiff to Victor — PDF pp. 41–44 — Issue Tags: due process — One-sentence note: Demonstrates Plaintiff's substantive legal inquiries consistent with her claimed independent study, supporting authorship credibility.

P-075 — "Education Law email: Jamison 'Notice of Report CL850' (duplicate of inquiry content with bulleting)" — Date: Mar 4, 2026 — Author/Sender: Jamison — PDF pp. 116–118 (again) — Issue Tags: due process — One-sentence note: Substantively duplicates P-032/P-054 with similar allegations and policy text; mark as duplicate.

P-076 — "Plaintiff LinkedIn employment record excerpt (Jamison screenshot citation)" — Date: Captured Mar 9, 2026 — Author/Sender: Platform content; referenced by Jamison — PDF pp. 121–123 — Issue Tags: retaliation, damages — One-sentence note: Used to challenge Plaintiff's 20-hours attestation vs full-time work, bearing on credibility disputes tied to adverse actions.

P-077 — "Module 6/10 criminal procedure essay prompts and Plaintiff's rewritten answer (duplicate content of earlier email)" — Date: May 14, 2025 — Author/Sender: Plaintiff to Vidt — PDF pp. 21–24 (earlier) — Issue Tags: due process — One-sentence note: Substantively duplicates Plaintiff's replacement analysis already indexed at P-060; mark as duplicate.

P-078 — "Education Law Committee findings: Module 1 and 8 citation mismatches (elaboration)" — Date: Apr 1, 2026 — Author/Sender: Academic Appeals Committee via Provost — PDF pp. 118–120 (already captured) — Issue Tags: due process — One-sentence note: Already included in P-055; mark as included/duplicate reference.

Notes on duplicates/copies:

P-054 duplicates P-032 (Jamison CL850 inquiry letter content presented again in case attachment). duplicates et seq.
P-044 and P-045 each appear twice; the later appearances are duplicates of earlier entries. duplicates ; duplicates
P-075 is substantially duplicative of P-032/P-054 with same allegations/policy.
P-077 duplicates Plaintiff's rewritten essay submission already captured in P-060.
P-078 is the same decision content as P-055 (committee findings; third breach).

**COVERAGE STATEMENT:**

This index captures each distinct document/email/letter/screenshot/decision once, with duplicates flagged where the same content is reattached or repeated in different parts of the PDF. All entries are drawn from the provided PDF's paginated content and paragraph-referenced items supporting discrimination, disability accommodation/failure, retaliation timing, due process adequacy, and damages.