**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

NICOLE LAWTONE-BOWLES )
)
Plaintiff, )
)
v. ) 4:26-CV-28-PPS-AZ
)
PURDUE UNIVERSITY GLOBAL, *et al.*, )
)
Defendants. )

## ORDER

On May 21, 2026, the Court held a telephonic conference with the parties to discuss setting a hearing on Plaintiff's motion for a preliminary injunction. [DE 3.] Plaintiff Lawtone-Bowles brought this action against Purdue University Global relating to her recent dismissal from their online law school. She seeks an injunction ordering her reinstatement. I was advised at the telephonic conference that Ms. Lawtone-Bowles resides in New York. She further advised about her general availability for a hearing on the request for a preliminary injunction, but she also told me that she could only participate in the hearing if it was conducted remotely over Zoom, citing financial hardship related to travel. While I understand the difficulties Lawtone-Bowles faces in attending an in-person hearing, she nonetheless must attend a live hearing on her motion.

It was reasonably foreseeable to Ms. Lawtone-Bowles that she would need to attend proceedings in person when she filed this case outside of her home state. Furthermore, it is consistent with this Court's practice to require in-person appearances

1

at hearings—especially substantive ones requiring evidence such as hearings on a motion for preliminary injunction. This includes hearings involving *pro se* litigants. This is because "[i]n-person hearings are often more effective, particularly with pro se parties." *Ward v. Wesley Med. Ctr., LLC*, No. 23-1091-HLT-BGS, 2024 WL 989880, at *3 (D. Kan. Mar. 7, 2024).  A district court has "full discretion in managing and organizing its docket, including the management of motions hearings." *Flexport, Inc. v. Freightmate Ai, Inc.*, No. 25-CV-02500-RFL (PHK), 2026 WL 891607, at *1 (N.D. Cal. Apr. 1, 2026).

Accordingly, I will hold Lawtone-Bowles' motion for a preliminary injunction [DE 3] in abeyance until she informs the court that she stands ready to appear in person and present evidence to support the request for a preliminary injunction. In the meantime, this matter is referred to the magistrate judge for the conduct of a Rule 16 conference and the management of discovery.

SO ORDERED.

ENTERED: May 26, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

2