## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

NICOLE LAWTONE-BOWLES )  Case No.: 4:26-cv-00028-PPS-AZ
     Plaintiff(s), )

        ) DATE: May 21, 2026
    v.      ) TIME: 9:00am

        )
        ) **MEMORANDUM IN SUPPORT**
PURDUE UNIVERSITY GLOBAL ET AL ) **OF EMERGENCY MOTION**
     Defendant(s). ) **FOR TEMPORARY**
        ) **RESTRAINING ORDER AND**
        ) **PRELIMINARY INJUNCTION**
        )
        )

To: Clerk of Court
United States District Court
Northern District of Indiana,
Hammond Division
5400 Federal Plaza
Hammond, IN 46320

Re: Lawtone-Bowles v. Purdue University Global, Case No. 4:26-cv-00028 (N.D. Ind.) Filing Submission

Dear Clerk of Court:

  Please accept for filing in the above-referenced matter the enclosed documents. Kindly docket the materials as submitted Please and Thank you. Thank you for your assistance.

        Sincerely,
        /s/Nicole Lawtone-Bowles
        ProSe Plaintiff
        56 Center Street
        Highland Falls, New York 10928
        NicoleLawtone@aol.com
        (347)538-5386

Page | 1