UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION at HAMMOND

| | | |
|---|---|---|
| NICOLE LAWTONE-BOWLES | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | CASE NO: 4:26-cv-28-PPS-AZ |
| | ) | |
| PURDUE UNIVERSITY GLOBAL | ) | |
| Defendant(s). | ) | |

**ORDER AND NOTICE OF RULE 16 PRELIMINARY PRETRIAL CONFERENCE**

In accordance with Federal Rule of Civil Procedure 16, this case is now set for a Preliminary Pretrial Conference before Magistrate Judge Abizer Zanzi **7/2/2026, at 9:00 am CST**. Pro Se Plaintiff and Counsel for Defendant may appear by video conference. A link to the Zoom videoconference will be sent to represented parties. Parties appearing by Zoom are requested to dial in at least five minutes in advance of the conference start time.

If any party fails to appear for the hearing at the scheduled time, the Court will conduct the hearing without the absent party(ies). **Any party who fails to appear timely for the Preliminary Pretrial Conference will be ordered to attend future hearings __IN-PERSON__.** To the extent the scheduled Preliminary Pretrial Conference conflicts with the parties' or counsels' schedule, they should file a motion to reset the hearing well in advance of the scheduled hearing.

Prior to the conference, the parties are expected to familiarize themselves with Magistrate Judge Zanzi's policies and procedures for civil cases as outlined under the

"Civil" tab in on his website, www.innd.uscourts.gov/content/magistrate-judge-abizer-zanzi.

At the conference, counsel shall be prepared to address their proposed Discovery Plan under Federal Rule of Civil Procedure 26(f), which **must be filed no later than five (5) business days prior to the pretrial conference.** Counsel are directed to "Civil" tab in Magistrate Judge Zanzi's website for a suitable and downloadable form of report and discovery plan ("Report of Parties' Planning Meeting"). **Failure to timely file the report and proposed discovery plan will result in the Court setting its own case management deadlines without the input of the parties and may result in the imposition of sanctions in accordance with Rule 16(f).** The Court will address those topics listed in Rule 16(b) and (c). At the conference, it is anticipated that the Court will approve or modify the Report of Parties' Planning Meeting and issue a scheduling order setting appropriate case management deadlines.

ENTERED this 28th day of May, 2026

/s/ Abizer Zanzi
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT