**FILED**

**JUN 0 1 2026**

Chanda J. Berta, Clerk — M
U.S. DISTRICT COURT
NORTHERN DISTRICT COURT OF INDIANA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

NICOLE LAWTONE-BOWLES )  Case No.: 4:26-cv-00028-PPS-
    Plaintiff(s), )  AZ
         )
    v. )  DATE: May 27, 2026
         )  TIME: 9:00am
         )
PURDUE UNIVERSITY GLOBAL ET AL )  LETTER TO THE COURT
    Defendant(s). )
         )
         )
         )
_____ )

## LETTER TO THE COURT

Response to Order [DE 33] Regarding E-Filing Capability and Reasonable Efforts
to Secure Counsel

Dear Honorable Magistrate Judge Zanzi and Honorable District Judge Simon:

I am writing in my capacity as the pro se Plaintiff in the above-referenced matter
and in respectful response to the Court's Order of May 22, 2026 [DE 33], which
denied my Motion for Appointment of Counsel [DE 29]. I appreciate the Court's
consideration of my motion and write to provide supplementary information
regarding two key issues identified in the Order: (1) compliance with signature
requirements and my capability to e-file, and (2) the specific, reasonable efforts I
have undertaken to secure legal representation.

### I. E-Filing Capability and Signature Compliance

The Court noted that my previous motion was not signed with an original
signature, as required by Federal Rule of Civil Procedure 11(a) and Northern
District of Indiana Local Rule 5-4(b) for papers filed in hard copy. I understand
and respect the necessity of adhering to all procedural rules. While the Court noted
it could strike the motion on this basis, I am grateful that it chose to rule on the
merits in the interest of justice.

I wish to clarify that I am fully capable of and registered for electronic filing within
the federal court system. For the Court's reference, I hold an active, upgraded
PACER account  with active e-filing privileges in multiple federal districts,
including the U.S. District Courts for the Southern District of New York and the
Southern District of Ohio. A screenshot confirming my account status is attached
as Exhibit A. It is my understanding that for documents filed electronically by a

Alternatively, I would be grateful for any guidance the Court could offer regarding what additional steps would be sufficient to satisfy the "reasonable efforts" requirement. I am committed to prosecuting my case and complying with all of this Court's rules and orders.

Thank you for your time and consideration of this important matter.

Respectfully submitted,
/s/Nicole Lawtone-Bowles
ProSe Plaintiff
56 Center Street
Highland Falls, New York 10928
NicoleLawtone@aol.com
(347)538-5386

cc: All Counsel of Record (via CM/ECF)

🇺🇸 An official website of the United States government. Here's how you know. ∨



## PACER
Public Access To Court Electronic Records

# Manage My Account

Nicole Lawtone-Bowles

| | |
|---|---|
| **Account Number** | ■■■■ |
| **Username** | ■■■■ |
| **Amount Due** | $0.00 |
| **Account Balance** | $0.00 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |
| **Multifactor Auth·** | Enrolled |

## Check E-File Status

| Court Type ↑↓ | Court ↑↓ | Status |
|---|---|---|
| U.S. Appellate Courts | U.S. Court Of Appeals. Second Circuit | Active |
| U.S. Appellate Courts | U.S. Court Of Appeals. Fourth Circuit | Active |
| | | Request Deactivation |
| U.S. District Courts | New York Southern District Court | Active |
| | | Request Deactivation |
| U.S. District Courts | Ohio Southern District Court | Active |
| | | Request Deactivation |

USDC IN/ND case 4:26-cv-00028-PPS-AZ   document 38   filed 06/01/26   page 3 of 8

## Congratulations, Nicole, welcome to your premium MetLife Legal Plan

From: Union Plus (unionpluslegal@e.coverdell.com)

To: nicolelawtone@aol.com

Date: Friday, May 15, 2026 at 03:25 PM EDT



# Thank you for enrolling



★ UNIONPLUS

Dear Nicole,

Thank you for enrolling in the MetLife Legal Plan benefit program available to Union members. You now have access to a network of experienced attorneys, ready whenever you are.

**Your effective date is:**

For questions on how to use your benefits and to find lawyers in your area, please call 1-800-821-6400.

For billing questions about your enrollment, please call 1-800-339-0616

For details on all covered legal matters review this MetLife Legal Plan Fact Sheet.

A full review of the benefit terms and conditions and privacy policy are available on our website.

 MetLife

1111 Superior Avenue, Suite 800,
Cleveland, OH 44114

Group legal plans provided by MetLife Legal Plans, Inc., Cleveland, Ohio. In certain states, group legal plans are provided through insurance coverage underwritten by Metropolitan Property and Casualty Insurance Company and Affiliates, Warwick, RI. Some services not available in all states. Please see your plan description for details. MetLife® is a registered trademark of Metropolitan Life Insurance Company, New York, NY. No service, including consultations, will be provided for: 1) employment-related matters, including company or statutory benefits; 2) matters involving the employer, MetLife and affiliates and plan attorneys; 3) matters in which there is a conflict of interest between the employee and spouse or dependents in which case services are excluded for the spouse and dependents; 4) appeals and class actions; 5) farm and business matters, including rental issues when the participant is the landlord; 6) patent, trademark and copyright matters; 7) costs and fines; 8) frivolous or unethical matters; 9) matters for which an attorney-client relationship exists prior to the participant becoming eligible for plan benefits. For all other personal legal matters, an advice and consultation benefit is provided. Additional representation is also included for certain matters.
© 2024 MetLife Services and Solutions, LLC.

L0220001767[exp0621][All States][DC,PR]

This email was sent by: **Coverdell**
2850 West Golf Rd Rolling Meadows, IL, 60008, USA

Update Profile

- Get the right guidance - Schedule a call with a lawyer today!

**LEARN MORE**

If you have any questions or concerns, email Talk to a Lawyer Customer Support: talktoalawyer@legalmatch.com

Sincerely,
Your Friends at LegalMatch

Revisit our website.

LegalMatch, 300 E 2nd St, Suite 1410, Reno, NV 89501

On Friday, April 17, 2026, 09:44, Alter, Mary M <MAlter1@indianadisabilityrights.org> wrote:

Hello Ms. Lawtone-Bowles,

Please give me a call so I can obtain additional information to determine how our agency can potentially be of service. Our toll-free number is 1-800-622-4845 or my direct line is 317-402-2005.

Thank you,
Mary

Mary Alter
Intake/Advocate Specialist
800-622-4845 (toll free)
317.722.3467 (office)
317.722.5564 (fax)
Malter1@indianadisabilityrights.org

-----Original Message-----
From: noreply@engage.in.gov <noreply@engage.in.gov>
Sent: Friday, April 17, 2026 8:10 AM
To: Alter, Mary M <MAlter1@indianadisabilityrights.org>; Ward, Dann <dward@indianadisabilityrights.org>; IDR Info <Info@indianadisabilityrights.org>
Subject: Form Submission - For Help, Fill This Out

EXTERNAL EMAIL: This email was sent from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

To see the submitted form data, please view the attached PDF.

--

Nicole Lawtone-Bowles
Tippecanoe
English
nicolelawtone@aol.com
3475385386
Purdue Global Law School approved my assistive technology but later denied me the ability to complete my education, claiming I used AI because the technology triggers AI detection systems.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **NICOLE LAWTONE-BOWLES** | ) | **Case No.: 4:26-cv-00028-PPS-AZ** |
| **Plaintiff(s),** | ) | |
| | ) | **DATE: May 27, 2026** |
| **v.** | ) | **TIME: 9:00am** |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| **PURDUE UNIVERSITY GLOBAL ET AL** | ) | |
| **Defendant(s).** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 20261, I served the foregoing filing on the following counsel for Defendants by PACER's CM/ECF on the date received by the Clerk's Office.

John R. Maley (14300-89)
Amanda Jane Gallagher (32662-79)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Attorneys for Defendants

Sincerely,
/s/Nicole Lawtone-Bowles
ProSe Plaintiff
56 Center Street
Highland Falls, New York 10928
NicoleLawtone@aol.com
(347)538-5386

Page | 5