PS00001036014

EP14W July 2022
OD: 12.5 x 9.5

**FLAT RATE ENVELO**
ONE RATE ■ ANY WEIGHT

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



**UNITED STATES POSTAL SERVICE.**    **Click-N-Ship®**

P    **PRIORITY MAIL®**

usps.com
$13.52
US POSTAGE

05/27/2026
0 lb 1 oz

9410 8301 0935 5009 7822 42 0095 7000 0104 6320

Mailed from 10928    7457840653073

U.S. POSTAGE PAID

Created 2026-05-27
Flat Rate Envelope
RDC 03

C005

ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

SIGNATURE REQUIRED

US DISTRICT COURT NORTHERN DISTRICT O
CLERK'S OFFICE PROSE CLERK'S OFFICE PR
5400 FEDERAL PLZ STE 2300
HAMMOND IN 46320-1847

**USPS SIGNATURE TRACKING #**

9410 8301 0935 5009 7822 42

NICOLE LAWTONE-BOWLES

Cut on dotted line.

9410 8301 0935 5009 7822 42

| Print Date: 2026-05-27 | PRIORITY MAIL® | $9.67 |
| Ship Date: 2026-05-27 | Extra Services: | $3.9{ |
| | Fees: | $0.00 |
| | Total: | $13.52 |

From:    ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

To:

US DISTRICT COURT NORTHERN DISTRICT OF
CLERK'S OFFICE PROSE CLERK'S OFFICE PR
5400 FEDERAL PLZ STE 2300
HAMMOND IN 46320-1847

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking®
service on PRIORITY MAIL® service with use of this electronic rate shipping label.
Refunds for unused postage paid labels can be requested online 30 days from the
print date.

er-quality printer.

o package with tape or glue - DO
ODE. Be sure all edges are secure.
e ommended.

es not wrap around the edge of

mber is unique and can be used
OTOCOPY.

g label on the "ship date"
ested the label.

quired, present the article and
t a Post Office for postmark.