**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

FILED
JUN 0 1 2026
Chanda J. Berta, Clerk M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| NICOLE LAWTONE-BOWLES | ) | Case No.: 4:26-cv-00028-PPS- |
| Plaintiff(s), | ) | AZ |
| | ) | |
| v. | ) | DATE: May 27, 2026 |
| | ) | TIME: 9:00am |
| | ) | |
| PURDUE UNIVERSITY GLOBAL ET AL | ) | LETTER TO THE COURT |
| Defendant(s). | ) | |
| | ) | |
| | ) | |
| | ) | |

LETTER TO THE COURT

Response to Order [DE 33] Regarding E-Filing Capability and Reasonable Efforts to Secure Counsel

Dear Honorable Magistrate Judge Zanzi and Honorable District Judge Simon:

I am writing in my capacity as the pro se Plaintiff in the above-referenced matter and in respectful response to the Court's Order of May 22, 2026 [DE 33], which denied my Motion for Appointment of Counsel [DE 29]. I appreciate the Court's consideration of my motion and write to provide supplementary information regarding two key issues identified in the Order: (1) compliance with signature requirements and my capability to e-file, and (2) the specific, reasonable efforts I have undertaken to secure legal representation.

I. E-Filing Capability and Signature Compliance

The Court noted that my previous motion was not signed with an original signature, as required by Federal Rule of Civil Procedure 11(a) and Northern District of Indiana Local Rule 5-4(b) for papers filed in hard copy. I understand and respect the necessity of adhering to all procedural rules. While the Court noted it could strike the motion on this basis, I am grateful that it chose to rule on the merits in the interest of justice.

I wish to clarify that I am fully capable of and registered for electronic filing within the federal court system. For the Court's reference, I hold an active, upgraded PACER account with active e-filing privileges in multiple federal districts, including the U.S. District Courts for the Southern District of New York and the Southern District of Ohio. A screenshot confirming my account status is attached as Exhibit A. It is my understanding that for documents filed electronically by a

Page | 2

pro se party, many federal courts permit a signature in the "/s/ Name" format to satisfy the requirements of Rule 11. I am prepared to comply with this Court's specific procedures and will ensure all future filings, whether electronic or hard-copy, contain the proper signature.

## II. Reasonable Efforts to Secure Counsel

The Court's Order found that my motion did not sufficiently detail my efforts to secure counsel on my own. Pursuant to the standard set forth in Pruitt v. Mote, 503 F.3d 647, 654 (7th Cir. 2007), I provide the following detailed account of my reasonable and diligent search for representation, which has thus far been unsuccessful. Copies of the relevant correspondence are attached hereto as Exhibit B.

ACLU of Indiana: On May 20, 2026, I received a communication from Chad Blackwelder on behalf of the ACLU of Indiana, stating that they would be unable to represent me in this litigation.
Indiana Disability Rights: After submitting my case for review on April 17, 2026, I was informed by Mary Alter on April 29, 2026, that the Case Review Committee had completed its review and declined to open my case.
Ciobanu Law, P.C.: On May 1, 2026, I received an email from Kristin Jacob of Ciobanu Law, P.C., who informed me that the firm could not take my case due to a high caseload, though they kindly provided referrals.
LegalMatch: On or about May 7, 2026, I submitted my case details to the LegalMatch attorney referral service. I later received a notification that my case had received no responses from their network of attorneys.
MetLife Legal Plan: In a further effort to gain access to legal services, I enrolled in the MetLife Legal Plan through Union Plus on May 15, 2026. While this provides access to a network, it does not guarantee representation, particularly for a complex federal discrimination case, and my search continues.
These documented efforts, spanning from April 17 through May 20, 2026, demonstrate a persistent and reasonable attempt to secure counsel from private firms, non-profit advocacy groups, and legal referral services. Despite these efforts, I have been unable to obtain representation.

## Conclusion

In light of the foregoing information, which demonstrates both my preparedness to comply with the Court's procedural rules for filing and my diligent, albeit unsuccessful, search for counsel, I respectfully request that the Court reconsider its denial of my Motion for Appointment of Counsel.

Alternatively, I would be grateful for any guidance the Court could offer regarding what additional steps would be sufficient to satisfy the "reasonable efforts" requirement. I am committed to prosecuting my case and complying with all of this Court's rules and orders.

Thank you for your time and consideration of this important matter.

Respectfully submitted,
/s/Nicole Lawtone-Bowles
ProSe Plaintiff
56 Center Street
Highland Falls, New York 10928
NicoleLawtone@aol.com
(347)538-5386

cc: All Counsel of Record (via CM/ECF)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

NICOLE LAWTONE-BOWLES ) Case No.: 4:26-cv-00028-PPS-AZ

)

Plaintiff(s), )

) DATE: May 21, 2026

vs. ) TIME: 9:00am

)

PURDUE UNIVERSITY )

GLOBAL, PURDUE GLOBAL ) EXHIBITS

LAW SCHOOL (FORMERLY )

CONCORD LAW SCHOOL) )

Defendant(s). )

)

# EXHIBITS

# PACER
Public Access To Court Electronic Records

# Manage My Account

Nicole Lawtone-Bowles

| | |
|---|---|
| **Account Number** | ▮ |
| **Username** | ▮ |
| **Amount Due** | $0.00 |
| **Account Balance** | $0.00 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |
| **Multifactor Auth*** | Enrolled |

## Check E-File Status

| Court Type ↑↓ | Court ↑↓ | Status |
|---|---|---|
| U.S. Appellate Courts | U.S. Court Of Appeals. Second Circuit | Active |
| U.S. Appellate Courts | U.S. Court Of Appeals. Fourth Circuit | Active<br>Request Deactivation |
| U.S. District Courts | New York Southern District Court | Active<br>Request Deactivation |
| U.S. District Courts | Ohio Southern District Court | Active<br>Request Deactivation |

## Intake # 2604 130

From:   Chad Blackwelder (cblackwelder@aclu-in.org)

To:     nicolelawtone@aol.com

Date    Wednesday, May 20, 2026 at 11:47 AM EDT


Nicole Lawtone-Bowles
NicoleLawtone@aol.com


Dear Ms. Lawtone Bowles,

    Thank you very much for your request for assistance. Unfortunately, we will not be able to represent you in the litigation that you have filed. You may wish to ask the Court to consider finding counsel for you. The Court does not have to do so but it may if it determines that you need counsel because of the nature of the case and your ability to proceed with it on your own. You may certainly inform the Court that you sought assistance from our office, but that we were not able to help.

    Please be advised that if you submitted any documents to us with your correspondence, we will retain those documents for a period of two years, after which we will destroy them in accordance with our document retention policy. If you need to have documents returned to you, you must let us know within two years of the date of this letter.

    I am sorry that I cannot be of assistance to you in this matter. Thank you very much.

Very truly yours,



Stevie J. Pactor
Attorney at Law



Chad Blackwelder
Litigation Support Specialist
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635 4059
fax: 317/635 4105

CONFIDENTIALITY NOTICE: This message is for the exclusive use of the individual or entity to which it is addressed and is confidential. If you are not the addressee or an employee or agent of the addressee responsible for delivering it to the addressee, please do not read, use, disclose, copy or distribute this message and do not take any action in reliance upon it. If you have received this email in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

Congratulations, Nicole, welcome to your premium MetLife Legal Plan

From: Union Plus (unionpluslegal@e.coverdell.com)

To: nicolelawtone@aol.com

Date: Friday, May 15, 2026 at 03:25 PM EDT



# Thank you for enrolling



Dear Nicole,

Thank you for enrolling in the MetLife Legal Plan benefit program available to Union members. You now have access to a network of experienced attorneys, ready whenever you are.

### Your effective date is:

# 05/15/2026

You will receive a letter from MetLife Legal Plans with your membership number in approximately 5 to 7 business days. You will need your membership number to access the plan. Until you receive your letter, you may call MetLife Legal Plans at 1-800-821-6400. Please mention Union Plus along with your last name and zip code when calling MetLife Legal Plans with questions.

## ACCESS METLIFE LEGAL PLANS

As a member of the MetLife Legal Plans benefit program, you agree to pay $24.95 on an ongoing monthly basis and will be billed on the effective date listed above using the account provided at checkout. Failure to pay will result in the termination of the benefits program.
Please note that if your coverage lapses for any reason, you may not re-enroll until 12 months from the point of lapse.

## Need assistance?

For questions on how to use your benefits and to find lawyers in your area, please call 1-800-821-6400.

For billing questions about your enrollment, please call 1-800-339-0616

For details on all covered legal matters review this MetLife Legal Plan Fact Sheet.

A full review of the benefit terms and conditions and privacy policy are available on our website.



1111 Superior Avenue, Suite 800,
Cleveland, OH 44114

Group legal plans provided by MetLife Legal Plans, Inc., Cleveland, Ohio. In certain states, group legal plans are provided through insurance coverage underwritten by Metropolitan Property and Casualty Insurance Company and Affiliates, Warwick, RI. Some services not available in all states. Please see your plan description for details. MetLife® is a registered trademark of Metropolitan Life Insurance Company, New York, NY. No service, including consultations, will be provided for: 1) employment-related matters, including company or statutory benefits; 2) matters involving the employer, MetLife and affiliates and plan attorneys; 3) matters in which there is a conflict of interest between the employee and spouse or dependents in which case services are excluded for the spouse and dependents; 4) appeals and class actions; 5) farm and business matters, including rental issues when the participant is the landlord; 6) patent, trademark and copyright matters; 7) costs and fines; 8) frivolous or unethical matters; 9) matters for which an attorney-client relationship exists prior to the participant becoming eligible for plan benefits. For all other personal legal matters, an advice and consultation benefit is provided. Additional representation is also included for certain matters.

© 2024 MetLife Services and Solutions, LLC.

L0220001767[exp0621][All States][DC,PR]

This email was sent by: **Coverdell**
2850 West Golf Rd Rolling Meadows, IL, 60008, USA

Update Profile

## Get the right guidance with a lawyer by your side

From:  LegalMatch (service@legalmatch.net)

To:    nicolelawtone@aol.com

Date:  Thursday, May 7, 2026 at 11:00 AM EDT

Hi Nicole,

Your case has not received any responses from our LegalMatch lawyers. If you did not answer every question during the case posting process or left out important details, login and update your case to increase your chances of getting a response.

We understand that dealing with legal issues can be overwhelming and confusing. If you need legal advice as early as today, subscribe to our consultation service called Talk to a Lawyer℠.

### Save Time and Money - Speak With a Lawyer Right Away

- Buy one 30-minute consultation call or subscribe for unlimited calls
- Subscription includes access to unlimited consultation calls at a reduced price
- Receive quick expert feedback or review your DIY legal documents
- Have peace of mind without a long wait or industry standard retainer

- Get the right guidance - Schedule a call with a lawyer today!

**LEARN MORE**

If you have any questions or concerns, email Talk to a Lawyer Customer Support: talktoalawyer@legalmatch.com

Sincerely,

Your Friends at LegalMatch

Revisit our website.

LegalMatch, 300 E 2nd St, Suite 1410, Reno, NV 89501

Re: Form Submission   For Help, Fill This Out   Response

From:  Dr. Nicole Lawtone-Bowles (nicolelawtone@aol.com)

To:    MAlter1@indianadisabilityrights.org

Date   Wednesday, April 29, 2026 at 03:56 PM EDT

Thank you.

On Wednesday, April 29, 2026, 14 35, Alter, Mary M <MAlter1@indianadisabilityrights.org> wrote:

Hello Ms. Lawtone-Bowles,

I looked in our system to see check on your case status.  Our Case Review Committee completed their review and did not open your case.  I know this is not the news you were hoping to hear.  You will be receiving a letter from one of attorneys with information regarding why they did not open your case along with suggestions for referrals to other agencies that may be of service.

Kind regards,
Mary

**Mary Alter**
**Intake/Advocate Specialist**
800-622-4845 (toll free)
317.722.3467 (office)
317.722.5564 (fax)
Malter1@indianadisabilityrights.org

# DISABILITY RIGHTS

**From:** Dr. Nicole Lawtone-Bowles <nicolelawtone@aol.com>
**Sent:** Wednesday, April 29, 2026 2:20 PM
**To:** Alter, Mary M <MAlter1@indianadisabilityrights.org>
**Subject:** Re: Form Submission - For Help, Fill This Out- Response

**EXTERNAL EMAIL:** This email was sent from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Good Afternoon Mary,
Here is an update. I really need a lawyer to help me.

On Friday, April 17, 2026, 09:44, Alter, Mary M <MAlter1@indianadisabilityrights.org> wrote:

Hello Ms. Lawtone-Bowles,

Please give me a call so I can obtain additional information to determine how our agency can potentially be of service. Our toll-free number is 1-800-622-4845 or my direct line is 317-402-2005.

Thank you,
Mary

Mary Alter
Intake/Advocate Specialist
800-622-4845 (toll free)
317.722.3467 (office)
317.722.5564 (fax)
Malter1@indianadisabilityrights.org

-----Original Message-----
From: noreply@engage.in.gov <noreply@engage.in.gov>
Sent: Friday, April 17, 2026 8:10 AM
To: Alter, Mary M <MAlter1@indianadisabilityrights.org>; Ward, Dann <dward@indianadisabilityrights.org>; IDR Info <Info@indianadisabilityrights.org>
Subject: Form Submission - For Help, Fill This Out

EXTERNAL EMAIL: This email was sent from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

To see the submitted form data, please view the attached PDF.

--

Nicole Lawtone-Bowles
Tippecanoe
English
nicolelawtone@aol.com
3475385386
Purdue Global Law School approved my assistive technology but later denied me the ability to complete my education, claiming I used AI because the technology triggers AI detection systems.

## Referrals | Nicole Lawtone

From:  Kristin Jacob (kjacob@ciobanulaw.com)

To:    nicolelawtone@aol.com

Date:  Friday, May 1, 2026 at 02:16 PM EDT

Hi Nicole,

Thank you for contacting our firm regarding your legal matter. We are very sorry for what you have experienced.

Unfortunately, our managing attorney's caseload is too high to give this matter the attention it rightfully deserves. She encourages you to seek other counsel without delay and would like to provide the following referrals:

Catherine Michael
Connell Michael, LLP
(317) 343-4482

Alexandra Curlin
Curlin & Clay Law
(317) 202-0301

Indianapolis Bar Association | Find A Lawyer

Again, thank you for considering us. We wish you the very best in your pursuit of this matter.

Thank you,

**Kristin Jacob**
Legal Assistant



**CIOBANU LAW, P.C.**
902 East 66th Street
Indianapolis, IN 46220
Phone: (317) 495-1090

*Confidentiality Notice*: This e-mail and/or its attachments contains information sent from Ciobanu Law, PC. This email and/or its attachments is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged, confidential, and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify the author immediately by return e-mail and concomitantly delete this email and all attachments from your system. Any inadvertent disclosure is not a waiver of attorney-client privilege, the work product doctrine, and/or any other applicable privilege.

*Notice Regarding Electronic Communications*: E-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **NICOLE LAWTONE-BOWLES** | ) | **Case No.: 4:26-cv-00028-PPS-AZ** |
| **Plaintiff(s),** | ) | |
| | ) | **DATE: May 27, 2026** |
| **v.** | ) | **TIME: 9:00am** |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| **PURDUE UNIVERSITY GLOBAL ET AL** | ) | |
| **Defendant(s).** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 27, 20261, I served the foregoing filing on the following counsel for Defendants by PACER's CM/ECF on the date received by the Clerk's Office.

John R. Maley (14300-89)
Amanda Jane Gallagher (32662-79)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Attorneys for Defendants

Sincerely,
/s/Nicole Lawtone-Bowles
ProSe Plaintiff
56 Center Street
Highland Falls, New York 10928
NicoleLawtone@aol.com
(347)538-5386