UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| NICOLE LAWTONE-BOWLES, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. 4:26-cv-00028-PPS-AZ |
| | ) | |
| PURDUE UNIVERSITY GLOBAL; | ) | |
| PURDUE GLOBAL LAW SCHOOL; | ) | |
| SHAUN JAMISON, JD, PhD, | ) | |
| Associate Dean of Academics; | ) | |
| BRIAN VICTOR, JD, SARAH DIAB, JD, | ) | |
| and VICTORIA VIDT, JD, are Adjunct | ) | |
| Professors of Law, | ) | |
| | ) | |
| *Defendants.* | ) | |

## UNOPPOSED MOTION REQUESTING APPROVAL AND ENTRY OF THE PARTIES' STIPULATED PROTECTIVE ORDER

Defendants respectfully request that the Court enter and approve the parties' Stipulated Protective Order in connection with the above-captioned cause of action. The parties agree that good cause exists for this Stipulated Protective Order in order to preserve the legitimate proprietary and privacy interests of sources of information that have not been released to the public and which the parties may mutually seek production of through their respective discovery requests. The parties have stipulated and entered into a Stipulated Protective Order in connection with this matter which is attached hereto as Exhibit 1 and tendered as the proposed order with this motion.

Accordingly, Defendants respectfully request that the Court enter and approve the Stipulated Protective Order attached hereto as Exhibit 1 and tendered as the parties' proposed order.

Respectfully submitted,


_s/ Amanda Jane Gallagher_
John R. Maley
Amanda Jane Gallagher
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:      317.231.7464
Facsimile:      317.231.7433
Email:          jmaley@btlaw.com
                amanda.gallagher@btlaw.com

_Counsel for Defendants_