UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

NICOLE LAWTONE-BOWLES,                    )
                                          )
            *Plaintiff,*                   )
      v.                                   )   No. 4:26-cv-00028-PPS-AZ
                                          )
PURDUE UNIVERSITY GLOBAL, *et al,*         )
                                          )
            *Defendants.*                  )

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF
EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION**

Plaintiff Nicole Lawtone-Bowles filed a "Memorandum in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction" on May 27, 2026. Dkt. 35. Mindful of Plaintiff's *pro se* status, and for purposes of preserving their rights, Defendants construe that filing liberally as a renewed or supplemental request for emergency injunctive relief, including the requests previously filed at Dkts. 3, 16, 18, and 27.

After Plaintiff filed her Memorandum, the Court set the matter for hearing. Dkt. 37. Plaintiff advised the Court that she could not attend in person, and the Court denied her request for preliminary-injunction relief without prejudice. Dkt. 39. In doing so, the Court explained: "When Lawtone-Bowles is prepared to litigate the motion for preliminary injunction in person, she can file a motion to that effect, and I will promptly set the matter for hearing." *Id.*

Plaintiff has not indicated that she is prepared to proceed with an in-person hearing. Defendants therefore understand the preliminary-injunction request addressed in her Memorandum to remain denied without prejudice. To the extent Plaintiff's Memorandum is construed as a pending or renewed request for injunctive relief, Defendants incorporate by reference their prior opposition,

1

Dkt. 8, and rely on that briefing except to the extent the Court's later orders have resolved those issues.

Respectfully submitted,

*/s/ Amanda Jane Gallagher*
John R. Maley (#14300-89)
Amanda Jane Gallagher (#32662-79)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:  317-236-1313
Facsimile:  317-231-7433
Email:  jmaley@btlaw.com
        amanda.gallagher@btlaw.com

*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of June, 2026, a true and correct copy of the foregoing

was served by United States mail on the following recipient at the address listed below:

Nicole Lawtone-Bowles
56 Center Street
Highland Falls, NY 10928


*/s/ Amanda Jane Gallagher*
Amanda Jane Gallagher