UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Nicole Lawtone-Bowles<br>      Plaintiff,<br>    v.<br><br>Purdue Global Law School,<br>Purdue University Global,<br>Sarah Diab, Shaun Jamison,<br>Brian Victor, & Victoria Vidt<br>      Defendants | Case No.: 4:26-cv-00028-PPS-AZ<br>Judge: Hon. Philip P. Simon<br>Magistrate Judge: Hon. Abizer Zanzi<br><br>PLAINTIFF'S REPLY IN OPPOSITION<br>TO DEFENDANTS' MOTION TO<br>DISMISS |

## TABLE OF AUTHORITIES

| Case | Citation |
|---|---|
| *Matter of Newby v. Adelphi Univ.* | 2026 NY Slip Op 26021 (N.Y. Sup. Ct. Nassau Cnty. Jan. 28, 2026) |
| *Doe v. University of Notre Dame* | No. 3:17-CV-298, 2017 WL 1943543 (N.D. Ind. May 8, 2017) |
| *Novak v. Board of Trustees of Southern Illinois Univ.* | 777 F.3d 966 (7th Cir. 2015) |
| *Royan v. Chicago State Univ.* | 145 F.4th 681 (7th Cir. 2025) |
| *Khan v. Midwestern Univ.* | 879 F.3d 838 (7th Cir. 2018) |

1

| | |
|---|---|
| *Regents of Univ. of Michigan v. Ewing* | 474 U.S. 214 (1985) |
| *Bd. of Curators of Univ. of Missouri v. Horowitz* | 435 U.S. 78 (1978) |
| *Bell Atl. Corp. v. Twombly* | 550 U.S. 544 (2007) |
| *Ashcroft v. Iqbal* | 556 U.S. 662 (2009) |
| *Bonnette v. District of Columbia Court of Appeals* | 796 F. Supp. 2d 164 (D.D.C. 2011) |
| *Abdullah v. Rowan Univ.* | No. 23-12557, 2024 WL 4657869 (D.N.J. Nov. 12, 2024) |
| *David v. Neumann Univ.* | 187 F. Supp. 3d 554 (E.D. Pa. 2016) |
| *Tripp v. Long Island Univ.* | 48 F. Supp. 2d 220 (E.D.N.Y. 1999) |
| *Schoper v. Board of Trustees of Western Illinois Univ.* | 119 F.4th 527 (7th Cir. 2024) |

2