FILED

JUN 22 2026

Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Nicole Lawtone-Bowles
                              Plaintiff,
        v.

Purdue Global Law School,
Purdue University Global,
Sarah Diab, Shaun Jamison,
Brian Victor, & Victoria Vidt
                              Defendants

Case No.: 4:26-cv-00028-PPS-AZ
Judge: Hon. Philip P. Simon
Magistrate Judge: Hon. Abizer Zanzi

MOTION FOR HEARING ON
PLAINTIFF'S RENEWED MOTION FOR
PRELIMINARY INJUNCTION

MOTION FOR HEARING ON PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION

TO: The Honorable Philip P. Simon
United States District Judge
AND TO: The Honorable Abizer Zanzi
United States Magistrate Judge

Plaintiff Nicole Lawtone-Bowles, by and through her own proper person, respectfully submits this Motion for Hearing on her renewed Motion for Preliminary Injunction and states as follows:

## I. INTRODUCTION

On June 11, 2026, this Court denied Plaintiff's application for preliminary injunctive relief without prejudice, permitting Plaintiff to refile when she is prepared to litigate the motion for preliminary injunction in person. *See* Dkt. 39. The Court stated: "When Lawtone-Bowles is prepared to litigate the motion for preliminary injunction in person, she can file a motion to that effect, and I will promptly set the matter for hearing." *Id.*

Plaintiff now respectfully requests that this Court schedule an in-person hearing on her renewed Motion for Preliminary Injunction. Plaintiff is advised that the Court is considering July 10, 2026, as the date for such hearing, and Plaintiff respectfully submits that this date is acceptable and that she will be prepared to appear in person on that date.

## II. STATEMENT OF FACTS

1.   This action was commenced on April 9, 2026, pursuant to 42 U.S.C. § 1983, alleging violations of the

1

CERTIFICATE OF SERVICE

I, Nicole Lawtone-Bowles, hereby certify that on receipt by the clerk, a true and correct copy of

the foregoing Motion For Hearing On Plaintiff's Renewed Motion For Preliminary Injunction

was served upon Defendants' counsel of record by CM/ECF upon:

John R. Maley, Esq.

Amanda Jane Gallagher, Esq.

Barnes & Thornburg LLP

11 South Meridian Street

Indianapolis, IN 46204

Respectfully submitted,

/s/Nicole Lawtone-Bowles, Pro Se

56 Center Street

Highland Falls, New York 10928

(347) 538-5386

3