

PS00001036014

EP14W July 2022
OD: 12.5 x 9.5

**FLAT RATE ENVELOP**
ONE RATE ■ ANY WEIGHT



UNITED STATES POSTAL SERVICE®

**P** PRIORITY MAIL®

Click-N-Ship®

usps.com
$13.52
US POSTAGE
06/16/2026
0 lb 1 oz

9410 8301 0935 5010 0532 18 0095 7000 0104 6320

U.S. POSTAGE PAID

Mailed from 10928   1437148291739 17

Created 2026-06-16
Flat Rate Envelope
**RDC 03**

C005

SIGNATURE REQUIRED

ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

US DISTRICT COURT NORTHERN DISTRICT O
CLERK'S OFFICE PROSE CLERK'S OFFICE PR
5400 FEDERAL PLZ STE 2300
HAMMOND IN 46320-1847

USPS SIGNATURE TRACKING #

9410 8301 0935 5010 0532 18

*Cut on dotted line.*

laser-quality printer.

el to package with tape or glue - DO
ARCODE. Be sure all edges are secure.
is recommended.

does not wrap around the edge of

number is unique and can be used
PHOTOCOPY.

pping label on the "ship date"
requested the label.

is required, present the article and
cord at a Post Office for postmark.

9410 8301 0935 5010 0532 18

Print Date: 2026-06-16

Ship Date: 2026-06-16

PRIORITY MAIL®
Extra Services:
Fees:
Total:

From:    ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

To:    US DISTRICT COURT NORTHERN DIST
CLERK'S OFFICE PROSE CLERK'S OFF
5400 FEDERAL PLZ STE 2300
HAMMOND IN 46320-1847

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking®
service on PRIORITY MAIL® service with use of this electronic rate shipping label.
Refunds for unused postage paid labels can be requested online 30 days from the



XXXX X710
Label 8E
PSN 76