FILED
JUN 22 2026
At
Chanda J. Berta, Clerk   M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Nicole Lawtone-Bowles<br>                    Plaintiff,<br>v.<br><br>Purdue Global Law School,<br>Purdue University Global,<br>Sarah Diab, Shaun Jamison,<br>Brian Victor, & Victoria Vidt<br>                    Defendants | Case No.: 4:26-cv-00028-PPS-AZ<br>Judge: Hon. Philip P. Simon<br>Magistrate Judge: Hon. Abizer Zanzi<br><br>MOTION FOR HEARING ON<br>PLAINTIFF'S RENEWED MOTION FOR<br>PRELIMINARY INJUNCTION |

MOTION FOR HEARING ON PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION

TO: The Honorable Philip P. Simon
United States District Judge
AND TO: The Honorable Abizer Zanzi
United States Magistrate Judge

Plaintiff Nicole Lawtone-Bowles, by and through her own proper person, respectfully submits this Motion for Hearing on her renewed Motion for Preliminary Injunction and states as follows:

### I. INTRODUCTION

On June 11, 2026, this Court denied Plaintiff's application for preliminary injunctive relief without prejudice, permitting Plaintiff to refile when she is prepared to litigate the motion for preliminary injunction in person. *See* Dkt. 39. The Court stated: "When Lawtone-Bowles is prepared to litigate the motion for preliminary injunction in person, she can file a motion to that effect, and I will promptly set the matter for hearing." *Id.*

Plaintiff now respectfully requests that this Court schedule an in-person hearing on her renewed Motion for Preliminary Injunction. Plaintiff is advised that the Court is considering July 10, 2026, as the date for such hearing, and Plaintiff respectfully submits that this date is acceptable and that she will be prepared to appear in person on that date.

### II. STATEMENT OF FACTS

1.  This action was commenced on April 9, 2026, pursuant to 42 U.S.C. § 1983, alleging violations of the

1

Americans with Disabilities Act, the Rehabilitation Act, and Plaintiff's constitutional rights arising from Defendants' dismissal of Plaintiff from Purdue University Global Law School.

2. Plaintiff filed her Motion for Temporary Restraining Order and Preliminary Injunction on May 27, 2026. Dkt. 35.

3. On June 11, 2026, this Court denied Plaintiff's request for preliminary-injunction relief without prejudice, noting that Plaintiff had advised the Court she could not attend in person. Dkt. 39.

4. The Court's Order expressly invited Plaintiff to file a motion when prepared to litigate in person, at which time the Court would "promptly set the matter for hearing." *Id.*

5. Plaintiff respectfully requests that this Court now set the matter for hearing and indicates her availability for July 10, 2026, or such other date as the Court may direct.

## III. REQUEST FOR HEARING

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Set a hearing on Plaintiff's renewed Motion for Preliminary Injunction for July 10, 2026, as the Court deems appropriate;

2. Permit Plaintiff to appear in person at such hearing;

3. Order that Defendants be present and prepared to address the merits of Plaintiff's renewed Motion for Preliminary Injunction; and

4. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Nicole Lawtone-Bowles, Pro Se

56 Center Street

Highland Falls, New York 10928

(347) 538-5386

2

## CERTIFICATE OF SERVICE

I, Nicole Lawtone-Bowles, hereby certify that on receipt by the clerk, a true and correct copy of

the foregoing Motion For Hearing On Plaintiff's Renewed Motion For Preliminary Injunction

was served upon Defendants' counsel of record by CM/ECF upon:

John R. Maley, Esq.

Amanda Jane Gallagher, Esq.

Barnes & Thornburg LLP

11 South Meridian Street

Indianapolis, IN 46204

Respectfully submitted,

/s/ Nicole Lawtone-Bowles, Pro Se

56 Center Street

Highland Falls, New York 10928

(347) 538-5386

3