

PS00001036014

EP14W July 2022
OD: 12.5 x 9.5

**FLAT RATE ENVELOF**
ONE RATE ∎ ANY WEIGHT



**UNITED STATES POSTAL SERVICE®**

**Click-N-Ship®**

**PRIORITY MAIL®**

usps.com
$13.52
US POSTAGE
06/13/2026
0 lb 1 oz

9410 8301 0935 5010 0199 55 0095 7000 0104 6320

Mailed from 10928   8843331149102661

US POSTAGE PAID

Created 2026-06-13
Flat Rate Envelope
RDC 03

C005

ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

SIGNATURE REQUIRED

US DISTRICT COURT NORTHERN DISTRICT O
CLERK'S OFFICE PROSE CLERKS OFFICE PR
5400 FEDERAL PLZ STE 2300
HAMMOND IN 46320-1847

**USPS SIGNATURE TRACKING #**

9410 8301 0935 5010 0199 55

NICOLE_LAWTONE-BOWLES

*Cut on dotted line.*

r laser-quality printer.

el to package with tape or glue - DO
ARCODE. Be sure all edges are secure.
s recommended.

does not wrap around the edge of

number is unique and can be used
PHOTOCOPY.

pping label on the "ship date"
requested the label.

s required, present the article and
ord at a Post Office for postmark.

**9410 8301 0935 5010 0199 55**

| | |
|---|---|
| Print Date: 2026-06-13 | PRIORITY MAIL®  $9.57 |
| Ship Date: 2026-06-13 | Extra Services:  $3.95 |
| | Fees:  $0.00 |
| | Total:  $13.52 |

From:  ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

To:
US DISTRICT COURT NORTHERN DISTRICT OF
CLERK'S OFFICE PROSE CLERK'S OFFICE PRC
5400 FEDERAL PLZ STE 2300
HAMMOND IN 46320-1847

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking®
service on PRIORITY MAIL® service with use of this electronic rate shipping label.
Refunds for unused postage paid labels can be requested online 30 days from the
print date.