## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Nicole Lawtone-Bowles<br>　　　　　　Plaintiff,<br><br>v.<br><br>Purdue Global Law School,<br>Purdue University Global,<br>Sarah Diab, Shaun Jamison,<br>Brian Victor, & Victoria Vidt<br>　　　　　　Defendants | Case No.: 4:26-cv-00028-PPS-AZ<br>Judge: Hon. Philip P. Simon<br>Magistrate Judge: Hon. Abizer<br>Zanzi<br><br>[PROPOSED] PRELIMINARY<br>INJUNCTION ORDER |

## [PROPOSED] PRELIMINARY INJUNCTION ORDER

Upon consideration of Plaintiff Nicole Lawtone-Bowles's Motion for Preliminary Injunction, the pre-hearing brief filed in support thereof, the exhibits attached thereto, and the arguments of the parties at the hearing on July 10, 2026, the Court finds that Plaintiff has established a likelihood of success on the merits, irreparable harm in the absence of preliminary relief, and that the balance of equities and the public interest favor the entry of this Order.

Accordingly, IT IS HEREBY ORDERED this [___] day of July, 2026, that:

1. Defendants Purdue University Global and Purdue Global Law School shall immediately reinstate Plaintiff Nicole Lawtone-Bowles to good academic standing for the Spring 2026 and Summer 2026 terms, permit her to complete all remaining coursework and final examinations in CL760 Community Property and all other affected courses, and enroll her in all courses necessary to graduate on August 25, 2026.

2. Defendants shall expunge or seal from Plaintiff's academic record the findings in Cases C-6040271, C-6449123, and C-6523986, and the resulting dismissal notation, pending final judgment in this action.

12

3. Defendants are enjoined from reporting the dismissal or any associated disciplinary findings to any bar admission authority, including but not limited to the State Bar of California and the New York State Board of Law Examiners, or to the State Bar of California's Practical Training of Law Students Program, pending final judgment.

4. Defendants shall not impose late penalties, attendance penalties, or other academic sanctions on Plaintiff for work completed during the reinstatement period necessitated by this litigation.

5. Defendants shall produce to Plaintiff within fourteen (14) days of this Order the complete, unredacted administrative record for Case C-6523986, including all Turnitin reports, AI-detection logs, and internal communications relied upon by decision-makers, as well as the complete text of exhibits P-073 and P-017 as identified in Document 31.

This Order shall take effect immediately and shall remain in full force and effect pending a final judgment in this matter or further order of this Court. No bond shall be required.

SO ORDERED.

Date: _____

Hon. Philip P. Simon
United States District Judge
Northern District of Indiana

13