**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| NICOLE LAWTONE-BOWLES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:26-CV-28-PPS-AZ |
| | ) | |
| PURDUE UNIVERSITY GLOBAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Nicole Lawtone-Bowles, proceeding pro se, brought this action against Purdue University Global and others relating to her dismissal from Purdue Global's online law school. The Court has scheduled an evidentiary hearing on Plaintiff's motion for a preliminary injunction on July 10, 2026. [DE 49.] The Clerk's Office informed the Court that Ms. Lawtone-Bowles requested to bring her cell phone and laptop into the courtroom because they are relevant to the presentation of her case at the hearing.

ACCORDINGLY, Plaintiff Lawtone-Bowles' request is GRANTED. She may bring her cell phone and laptop into the courtroom for use at the July 10, 2026 hearing.

SO ORDERED.

ENTERED: June 26, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

1