**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| Nicole Lawtone-Bowles<br>　　　　　　**Plaintiff,**<br>　　v.<br><br>**Purdue Global Law School,**<br>**Purdue University Global,**<br>**Sarah Diab, Shaun Jamison,**<br>**Brian Victor, & Victoria Vidt**<br>　　　　　　　**Defendants** | **Case No.: 4:26-cv-00028-PPS-AZ**<br>**Judge: Hon. Philip P. Simon**<br>**Magistrate Judge: Hon. Abizer Zanzi**<br><br>**PROPOSED ORDER** |

### PROPOSED ORDER

The Court having considered Plaintiff's Motion for Leave to Bring Assistive Technology Devices into the Courtroom, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff Nicole Lawtone-Bowles is permitted to bring the following personal electronic devices into the courtroom: Apple Computer MacBook Air (13-inch, 2017), Apple iPhone, Apple iPad & Apple Watch.

IT IS FURTHER ORDERED that Plaintiff shall use said devices solely for the limited purpose of demonstrating her approved assistive technology (Dragon Legal Anywhere speech-to-text software) at a time and in a manner directed by the Court.

IT IS FURTHER ORDERED that Plaintiff shall submit all devices for inspection by U.S. Marshals or Court Security Officers prior to courtroom entry, shall not use any device to record or transmit courtroom proceedings without separate authorization, and shall comply with all directions of the Court and security personnel.

SO ORDERED.

Dated: _____

/s/_____

Hon. Philip P. Simon
United States District Judge
Northern District of Indiana

4