

PS00001036014

EP14W July 2022
OD: 12.5 x 9.5

**FLAT RATE ENVELO**
ONE RATE ■ ANY WEIGHT



NICO    LAWTONE-BOWLES

9410 9301 0035 5010 1987 73

USPS SIGNATURE TRACKING #

*of all Papers*

**UNITED STATES POSTAL SERVICE.**

**Click-N-Ship®**

**P**

**PRIORITY MAIL®**

usps.com
9410 8301 0935 5010 1987 73 0095 7000 0104 6320

US POSTAGE
$13.52
06/26/2026
0 lb 1 oz

Mailed from 10928   4132435632982363

US POSTAGE PAID

Created 2026-06-27
Flat Rate Envelope
**RDC 03**

C005

SIGNATURE REQUIRED

ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

US DISTRICT COURT NORTHERN DISTRICT O
CLERK'S OFFICE PROSE CLERKS OFFICE PR
5400 FEDERAL PLZ STE 2300
HAMMOND IN 46320-1847

*Cut on dotted line.*

laser-quality printer.

to package with tape or glue - DO
CODE. Be sure all edges are secure.
recommended.

es not wrap around the edge of

mber is unique and can be used
OTOCOPY.

ng label on the "ship date"
quested the label.

quired, present the article and
d at a Post Office for postmark.

9410 8301 0935 5010 1987 73

| Print Date: 2026-06-27 | PRIORITY MAIL® | $9.57 |
| Ship Date: 2026-06-26 | Extra Services: | $3.95 |
| | Fees: | $0.00 |
| | Total: | $13.52 |

From:   ADRAINS PLACE INC. & ULTRESS INC.
        NICOLE L LAWTONE-BOWLES
        56 CENTER ST
        HIGHLAND FALLS NY 10928-1800

To:     US DISTRICT COURT NORTHERN DISTRICT OF IN
        CLERK'S OFFICE PROSE CLERK'S OFFICE PROS
        5400 FEDERAL PLZ STE 2300
        HAMMOND IN 46320-1847

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking®
service on PRIORITY MAIL® service with use of this electronic rate shipping label.
Refunds for unused postage paid labels can be requested online 30 days from the
print date.