

**UNITED STATES POSTAL SERVICE®**

### Click-N-Ship®

**P**

usps.com
**$13.52**
**US POSTAGE**

9410 8301 0935 5010 2449 44 0095 7000 0104 6320

**U.S. POSTAGE PAID**
Click-N-Ship®

06/30/2026
0 lb 1 oz

Mailed from 10928  665103727487205

### PRIORITY MAIL®

ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

Created 2026-06-30
Flat Rate Envelope
**RDC 03**

**C005**

**SIGNATURE REQUIRED**

US DISTRICT COURT NORTHERN DISTRICT O
CLERK'S OFFICE PROSE CLERK'S OFFICE PR
5400 FEDERAL PLZ STE 2300
HAMMOND IN 46320-1847

**USPS SIGNATURE TRACKING #**

**9410 8301 0935 5010 2449 44**

NICOLE LAWTONE-BOWLES
3475385386

---

*Cut on dotted line.*

9410 8301 0935 5010 2449 44

| | |
|---|---|
| **Print Date:** 2026-07-01 | **PRIORITY MAIL®** $9.57 |
| **Ship Date:** 2026-06-30 | **Extra Services:** $3.95 |
| | **Fees:** $0.00 |
| | **Total:** $13.52 |

**From:** ADRAINS PLACE INC. & ULTRESS INC.
NICOLE L LAWTONE-BOWLES
56 CENTER ST
HIGHLAND FALLS NY 10928-1800

**To:** US DISTRICT COURT NORTHERN DISTRICT OF IN
CLERK'S OFFICE PROSE CLERK'S OFFICE PROS
5400 FEDERAL PLZ STE 2300
HAMMOND IN 46320-1847

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

### Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**UNITED STATES POSTAL SERVICE®**    *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*