UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

NICOLE LAWTONE-BOWLES,               )
                                     )
          *Plaintiff*,               )
     v.                              )   No. 4:26-cv-00028-PPS-AZ
                                     )
PURDUE UNIVERSITY GLOBAL, *et al.*,  )
                                     )
          *Defendants*.              )

**DEFENDANTS' OBJECTION TO PLAINTIFF'S
SUR-REPLY IN OPPOSITION TO MOTION TO DISMISS**

Defendants (collectively "Purdue Global"), respectfully object to Plaintiff's sur-reply in opposition to their Motion to Dismiss. Local Rule 7-1 permits only a motion, a response, and a reply. Plaintiff neither sought nor obtained leave to file a sur-reply. *Kuntzman v. Wal-Mart*, 673 F. Supp. 2d 690, 696 (N.D. Ind. 2009) ("Courts have struck down…sur-replies filed without leave of the court.").

Even had Plaintiff sought leave, a sur-reply would not be appropriate. Sur-replies are warranted only in limited circumstances, such as where a reply brief raises new arguments for the first time. *Meraz-Camacho v. United States*, 417 F. App'x 558, 559 (7th Cir. 2011). Purdue Global's Reply did not raise any new arguments and simply responded to the arguments Plaintiff chose to make in her Response. Because Plaintiff had no procedural or substantive basis to file a sur-reply, her sur-reply is properly disregarded.

1

Respectfully submitted,

_/s/ Amanda Jane Gallagher_

John R. Maley (#14300-89)
Amanda Jane Gallagher (#32662-79)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:   317-236-1313
Facsimile:   317-231-7433
Email:   jmaley@btlaw.com
          amanda.gallagher@btlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2026, a true and correct copy of the foregoing was served by electronic mail on all parties.

_/s/ Amanda Jane Gallagher_

Amanda Jane Gallagher

DMS 53591992.1