UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NICOLE LAWTONE-BOWLES, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 4:26-cv-00028-PPS-AZ |
| | ) |
| PURDUE UNIVERSITY GLOBAL; | ) |
| PURDUE GLOBAL LAW SCHOOL; | ) |
| SHAUN JAMISON, JD, PhD, | ) |
| Associate Dean of Academics; | ) |
| BRIAN VICTOR, JD, SARAH DIAB, JD, | ) |
| and VICTORIA VIDT, JD, are Adjunct | ) |
| Professors of Law, | ) |
| | ) |
| *Defendants.* | ) |

## **APPEARANCE**

Alison K. McCarthy of the law firm of Barnes & Thornburg LLP hereby enters her

Appearance on behalf of the Defendants in the above-captioned matter.

Respectfully submitted,

*/s/ Alison K. McCarthy*
Alison K. McCarthy (39771-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone:    317.231.6446
Facsimile:    317.231.7433
Email:    alison.mccarthy@btlaw.com

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of July, 2026, a true and correct copy of the

foregoing was served by electronic mail on all parties.


*/s/ Alison K. McCarthy*
Alison K. McCarthy