**-FILED-**

JUL 0 8 2026

At_____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA — M

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Nicole Lawtone-Bowles<br><br>             Plaintiff,<br><br>v.<br><br>Purdue Global Law School,<br>Purdue University Global,<br>Sarah Diab, Shaun Jamison,<br>Brian Victor, & Victoria Vidt<br>                Defendants | Case No.: 4:26-cv-00028-PPS-AZ<br>Judge: Hon. Philip P. Simon<br>Magistrate Judge: Hon. Abizer Zanzi<br><br>PLAINTIFF'S MOTION FOR<br>REASONABLE ACCOMMODATION TO<br>FILE ELECTRONICALLY |

## PLAINTIFF'S MOTION FOR REASONABLE ACCOMMODATION TO FILE ELECTRONICALLY

Plaintiff Nicole Lawtone-Bowles, proceeding pro se, respectfully moves this Court for a reasonable accommodation under Title II of the Americans with Disabilities Act (ADA) and Section 504 of the Rehabilitation Act of 1973, requesting permission to file all future documents in this action electronically through the Court's Case Management/Electronic Case Files (CM/ECF) system.

This accommodation is medically necessary to ensure Plaintiff's equal and meaningful access to judicial proceedings.

In support of this motion, Plaintiff states as follows:

### I. INTRODUCTION

This Court, as a public entity receiving federal funds, is obligated under the ADA and the Rehabilitation Act to provide reasonable accommodations to qualified individuals with disabilities to ensure they have meaningful access to its programs and services, including the judicial process.

Plaintiff is a qualified individual with documented disabilities, including

11

Obsessive Compulsive Disorder (OCD) and Post-Traumatic Stress Disorder (PTSD).

The current requirement that Plaintiff file all documents via postal mail imposes a significant and direct barrier to her ability to effectively litigate this case, as the process of physical preparation, mailing, and awaiting confirmation of receipt exacerbates the symptoms of her disabilities.

Granting Plaintiff CM/ECF access is a reasonable accommodation that removes this barrier, integrates seamlessly with her court-approved assistive technology, and imposes no undue burden on the Court or Defendants.

## II. LEGAL STANDARD

Title II of the ADA mandates that "no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity." 42 U.S.C. § 12132. Federal courts are public entities covered by Title II. See Tennessee v. Lane, 541 U.S. 509, 533-34 (2004).

Similarly, Section 504 of the Rehabilitation Act provides that no "qualified individual with a disability... shall, solely by reason of her or his disability, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance." 29 U.S.C. § 794(a).

12

Federal courts are required to make reasonable modifications to their rules, policies, and practices when necessary to avoid discrimination on the basis of disability, unless doing so would fundamentally alter the nature of the service, program, or activity. 28 C.F.R. § 35.130(b)(7).

## III. ARGUMENT

### A. Requiring Mail Filing Exacerbates Plaintiff's Disabilities and Creates a Barrier to Access

Plaintiff has been diagnosed with OCD and PTSD, conditions that are substantially triggered by processes involving uncertainty, repetitive physical actions, and prolonged waiting periods for confirmation of critical tasks. The process of filing by mail requires the plaintiff to print, physically handle, package, transport, and mail documents, and then wait several days for the filing to appear on the docket. This sequence of events induces significant anxiety and triggers compulsive behaviors related to verifying that each step was performed correctly, which directly impacts her ability to focus on the substantive legal work of her case.

The delay between mailing a document and its appearance on the CM/ECF docket creates a period of uncertainty that is a specific and potent trigger for Plaintiff's PTSD symptoms. This is not a matter of mere inconvenience; it is a medically recognized trigger that imposes a tangible barrier to her full and effective participation in this litigation.

13

## B. Electronic Filing Is a Necessary and Reasonable Accommodation

Plaintiff relies on assistive technology, including Dragon NaturallySpeaking and Dragon Legal Anywhere, to draft and prepare her legal filings. These tools, which the Court has already permitted her to use in the courtroom (Doc. 51), generate documents in a native electronic format.

Allowing Plaintiff to file electronically would integrate her accommodation needs seamlessly. She can create, sign, scan, and upload her filings from her computer, the same environment where her assistive technology operates. This process provides immediate confirmation of filing, eliminating the period of uncertainty that triggers her disabilities.

This accommodation is reasonable and imposes no undue administrative or financial burden on the Court. The CM/ECF system is the primary method of filing for represented parties and is fully operational.

## C. The Factual and Procedural Posture of the Case Justifies Reconsideration

Plaintiff acknowledges that the Court previously denied her requests for electronic filing access (Doc. 14, April 20, 2026; Doc. 17, April 21, 2026). However, those orders were issued at the very outset of this case, before the litigation's scope and demands were fully established.

Since those initial orders, several key events have occurred: a. The Court held a Rule 16 Preliminary Pretrial Conference on July 2, 2026, and entered a

14

comprehensive Scheduling Order (Doc. 54) that sets forth a demanding, long-term discovery and motions schedule. b. The Court granted Plaintiff's request to bring her assistive technology devices into the courtroom for hearings (Doc. 51, June 26, 2026), implicitly recognizing the central role this technology plays in her ability to litigate.

Given the current advanced stage of the proceedings and the Court's subsequent orders, reconsideration of the electronic filing issue is warranted.

## D. Plaintiff Proposes Safeguards to Ensure Compliance with Court Rules

To address any concerns the Court may have regarding compliance with local rules, Plaintiff proposes the following safeguards: a. Original Signature: Plaintiff will fully comply with N.D. Ind. L.R. 5-4(b) by printing the final version of each document, affixing her original handwritten signature, and then scanning the signed document for electronic filing. b. Record Keeping: Plaintiff will maintain a personal log of all CM/ECF filings, including the date, time, and transaction confirmation number for each submission. c. Technical Compliance: Plaintiff will adhere to all formatting, PDF conversion, and other technical requirements set forth by the Clerk's Office for electronic filing.

## IV. CONCLUSION AND RELIEF REQUESTED

WHEREFORE, for the foregoing reasons, Plaintiff Nicole Lawtone-Bowles respectfully requests that this Court enter an Order:

15

GRANTING her Motion for Reasonable Accommodation and providing her with CM/ECF filing privileges for the duration of this case;

CLARIFYING that the original signature requirement of N.D. Ind. L.R. 5-4(b) is satisfied by the electronic filing of a scanned document that bears Plaintiff's original handwritten signature; and

GRANTING a protective order permitting Plaintiff to file this and any immediately forthcoming documents electronically pending the Court's final ruling on this motion; and

GRANTING such other and further relief as the Court deems just and proper.

Dated: July 2, 2026

Respectfully submitted,
/s/ Nicole Lawtone-Bowles
Nicole Lawtone-Bowles, Pro Se Plaintiff
56 Center Street
Highland Falls, New York 10928
NicoleLawtone@aol.com
(347) 538-5386

16

CM/ECF USDC-INND Version 1.8.4 Live DB

Query    Reports ▾    Utilities ▾    Help    Log Out

CASREF,PROTO

## U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Lafayette)
## CIVIL DOCKET FOR CASE #: 4:26-cv-00028-PPS-AZ

Lawtone-Bowles v. Purdue University Global et al
Assigned to: Judge Philip P Simon
Referred to: Magistrate Judge Abizer Zanzi
Cause: 42:1983 Civil Rights Act

Date Filed: 04/09/2026
Jury Demand: None
Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2026 | 1 | PRO SE COMPLAINT against Sarah Diab, Shaun Jamison, Purdue Global Law School, Purdue University Global, Brian Victor, Victoria Vidt, filed by Nicole Lawtone-Bowles. (Attachments: # 1 Proposed Summons, # 2 USM 285 Form, # 3 Envelope) (Filed stamped copy with docket sheet mailed to pro se party) (jdb) (Entered: 04/09/2026) |
| 04/09/2026 | 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Nicole Lawtone-Bowles. (Attachment: # 1 Envelope)(jdb) (Entered: 04/09/2026) |
| 04/09/2026 | 3 | MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction by Plaintiff Nicole Lawtone-Bowles. (Attachments: # 1 Exhibit, # 2 Proposed Order)(jdb) (Additional attachment(s) added on 4/9/2026: # 3 Envelope) (jdb). (Entered: 04/09/2026) |
| 04/10/2026 | 4 | NOTICE of Appearance by John R Maley on behalf of All Defendants (Maley, John) (Entered: 04/10/2026) |
| 04/10/2026 | 5 | ORDER: Each party and each attorney in this case shall take reasonable steps to preserve electronically stored information (ESI) that is relevant to any claim or defense in this case, whether or not the information is admissible at trial. This requirement relates back to the point in time when the party or attorney reasonably anticipated litigation about these matters. Text entry order by Magistrate Judge Abizer Zanzi on 4/10/2026. (Copy mailed to pro se party)(shk) (Entered: 04/10/2026) |
| 04/10/2026 | 6 | ORDER: Telephone Conference set for 4/16/2026 10:00 AM in US District Court - Hammond before Judge Philip P Simon. The Plf is ORDERED to serve dfts with a copy of her complaint and her motion for a Temporary Restraining Order and Preliminary Injunction. To reach the conference: Dial 833-568-8864. Enter Meeting ID of 161 4768 5938#. Push # to skip entry of participant ID. Enter the meeting passcode of 220198#. Parties shall connect to the conference approximately five minutes prior to the start time of the telephone conference. Signed by Judge Philip P Simon on 4/10/2026. (Copy provided to the pro se plf by email and by regular mail. Additionally, the plf was contacted by telephone and advised of the date and time of the conference). (nac) (Entered: 04/10/2026) |
| 04/15/2026 | 7 | NOTICE of Appearance by Amanda J Gallagher on behalf of All Defendants (Gallagher, Amanda) (Entered: 04/15/2026) |
| 04/15/2026 | 8 | Sealed Document re 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction . (Attachments: # 1 Declaration of Carolyn Nordstrom) (Maley, John) (Entered: 04/15/2026) |

| 04/15/2026 | 9 | MOTION to Seal *(Motion to Maintain Documents Under Seal)* by Defendant Purdue University Global. (Maley, John) (Entered: 04/15/2026) |
|---|---|---|
| 04/15/2026 | 10 | BRIEF in Support of 9 MOTION to Seal *(Motion to Maintain Documents Under Seal)* filed by Purdue University Global. (Maley, John) (Entered: 04/15/2026) |
| 04/16/2026 | 11 | MOTION HEARING (TELEPHONIC) held on 4/16/2026 re 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Nicole Lawtone-Bowles before Judge Philip P Simon. Plf present pro se. Dfts present by attorneys Amanda J. Gallagher and John R. Maley. Court inquiry to both sides to obtain basic information regarding the case. Court hears comments from the plf and the defense reqarding the request for a TRO. The motion for a TRO is DENIED for the reasons stated on the record. The case will continue to proceed with Magistrate Judge Zanzi. (Copy of minute entry to plf by regular mail). (Court Reporter Stacy Drohosky.) (nac) (Entered: 04/16/2026) |
| 04/16/2026 | 12 | ORDER: The Court GRANTS the plaintiff leave to proceed in forma pauperis (ECF 2 ); DEFERS payment of the filing fee; ORDERS the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery in this case; and DIRECTS, under 28 U.S.C. § 1915(d), the clerk to request Waiver of Service from Defendants at 2550 Northwestern Avenue, Suite 1100, West Lafayette, IN 47906, with a copy of this order and the complaint. Signed by Judge Philip P Simon on 4/16/2026. (Copy mailed to pro se party) (ely) (Entered: 04/17/2026) |
| 04/17/2026 | 13 | NOTICE of a Lawsuit and Request to Waive Service of Summons sent to Purdue University Global, Purdue University Law School, Shauna Jamison, Brian Victor, Sarah Diab, and Victoria Vidt. Waiver of Service due by 5/18/2026. (Attachments: # 1 Order, # 2 Complaint) (Copies mailed as directed in Order 12 )(ely) (Entered: 04/17/2026) |
| 04/20/2026 | 14 | ORDER: Plaintiff Nicole Lawtone-Bowles is cautioned to refrain from further attempted electronic filings through email to court personnel. She is directed to file all future motions and documents by mail. Signed by Judge Philip P Simon on 4/20/2026. (Copy mailed to pro se party)(rs) (Entered: 04/20/2026) |
| 04/20/2026 | 15 | MOTION for Leave to File Electronically (CM/ECF Access) by Plaintiff Nicole Lawtone-Bowles. (Attachments: # 1 Exhibit, # 2 Envelope)(jdb) (Entered: 04/20/2026) |
| 04/20/2026 | 16 | (Unsigned) BRIEF in Support of 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction titled Plaintiff's Reply in Support of Motion for Temporary Restraining Order filed by Nicole Lawtone-Bowles. (Attachments: # 1 Exhibit, # 2 Envelope)(jdb) (Entered: 04/20/2026) |
| 04/21/2026 | 17 | ORDER denying 15 Plaintiff's Motion for Leave to File Electronically (CM/ECF Access). For the reasons stated in the Judge Simons April 20, 2026 Order 14 Plaintiff is not allowed to file documents electronically because she is proceeding on a pro se basis. Text only entry by Magistrate Judge Abizer Zanzi on 4/21/2026. (Copy mailed to pro se party). (shk) (Entered: 04/21/2026) |
| 04/24/2026 | 18 | (Unsigned) MOTION Request to Judge Simon in Support of Motion for Temporary Restraining Order re 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction by Plaintiff Nicole Lawtone-Bowles. (Attachments: # 1 Exhibit, # 2 Envelope)(jdb) (Entered: 04/24/2026) |
| 04/27/2026 | 19 | ORDER GRANTING 9 Motion to Maintain Documents Under Sealed by Dft Purdue University Global. Clerk DIRECTED to maintain the entirety of Dfts' opposition to Pla's motion for temporary restraining order [DE 8] under seal. Signed by Magistrate Judge Abizer Zanzi on 4/27/2026. (Copy mailed to pro se party)(lns) (Entered: 04/27/2026) |
| 04/28/2026 | 20 | ORDER DENYING 18 Request to Judge Simon in Support of Motion for Temporary Restraining Order by Pla Nicole Lawtone-Bowles. Signed by Judge Philip P Simon on 4/28/2026. (Copy mailed to pro se party)(lns) (Entered: 04/29/2026) |
| 04/30/2026 | 27 | Plaintiff's Request to Judge Simon in Support of Motion for Temporary Restraining Order by Nicole Lawtone-Bowles. (Attachments: # 1 Exhibit, # 2 Envelope) (rmf) (Additional attachment(s) added on 5/4/2026: # 3 Corrected Exhibits) (rmf). (Entered: 05/01/2026) |
| 05/01/2026 | 21 | WAIVER OF SERVICE Returned Executed by Brian Victor. Brian Victor waiver sent on 5/1/2026, answer due 6/30/2026. (Maley, John) (Entered: 05/01/2026) |

| Date | # | Description |
|---|---|---|
| 05/01/2026 | 22 | WAIVER OF SERVICE Returned Executed by Purdue Global Law School. Purdue Global Law School waiver sent on 5/1/2026, answer due 6/30/2026. (Maley, John) (Entered: 05/01/2026) |
| 05/01/2026 | 23 | WAIVER OF SERVICE Returned Executed by Purdue University Global. Purdue University Global waiver sent on 5/1/2026, answer due 6/30/2026. (Maley, John) (Entered: 05/01/2026) |
| 05/01/2026 | 24 | WAIVER OF SERVICE Returned Executed by Shaun Jamison. Shaun Jamison waiver sent on 5/1/2026, answer due 6/30/2026. (Maley, John) (Entered: 05/01/2026) |
| 05/01/2026 | 25 | WAIVER OF SERVICE Returned Executed by Victoria Vidt. Victoria Vidt waiver sent on 5/1/2026, answer due 6/30/2026. (Maley, John) (Entered: 05/01/2026) |
| 05/01/2026 | 26 | WAIVER OF SERVICE Returned Executed by Sarah Diab. Sarah Diab waiver sent on 5/1/2026, answer due 6/30/2026. (Maley, John) (Entered: 05/01/2026) |
| 05/12/2026 | 28 | RESPONSE to Motion re 27 MOTION for Temporary Restraining Order filed by Sarah Diab, Shaun Jamison, Purdue Global Law School, Purdue University Global, Brian Victor, Victoria Vidt. (Maley, John) (Entered: 05/12/2026) |
| 05/15/2026 | 29 | (Unsigned) MOTION to Appoint Counsel by Plaintiff Nicole Lawtone-Bowles. (Attachments: # 1 Exhibit, # 2 Envelope)(jdb) (Entered: 05/15/2026) |
| 05/15/2026 | 30 | NOTICE of Hearing/Deadlines: Telephone Conference set for 5/21/2026 09:00 AM (Central/Hammond time) in US District Court - Hammond before Judge Philip P Simon. The parties and the Court will discuss the setting of the Preliminary Injunction Hearing. To reach the conference: Dial 833-568-8864. Enter Meeting ID of 161 4768 5938#. Push # to skip entry of participant ID. Enter the meeting passcode of 220198#. (notified the plf by email of this telephone conference as sending by regular mail would not allow plf to receive this notification in time). NOTE: The plf responded by email that she has received this communication and will be dialing in for the conference. (nac) Modified on 5/20/20 to enter the note above. (nac). (Entered: 05/15/2026) |
| 05/20/2026 | 31 | NOTICE OF FILING SUPPORTING EXHIBITS by Nicole Lawtone-Bowles (Attachments: # 1 Exhibits, # 2 Exhibits, # 3 Envelope)(mlc) (Entered: 05/21/2026) |
| 05/21/2026 | 32 | TELEPHONE CONFERENCE held on 5/21/2026 before Judge Philip P Simon. Pla appeared by Nicole Lawtone-Bowles, pro se. Dft appeared by attorneys Amanda J. Gallagher and John R. Maley. Court inquires of the plf as to when she would be available for a Preliminary Injunction Hearing in Hammond, Indiana. The plf indicates that for a variety of reasons she is unable to come to the District Court in Hammond, Indiana for a hearing. Instead, she requests a virtual hearing over zoom. Discussion had on the record as to this issue. Court takes this matter under advisement as to how and when to hold the Preliminary Injunction Hearing. The Court also takes under advisement the Motion for Appointment of Counsel 29 . A copy of this minute was provided to the plf by email. (Court Reporter Stacy Drohosky.) (nac) (Entered: 05/21/2026) |
| 05/22/2026 | 33 | ORDER DENYING 29 Motion to Appoint Counsel for the reasons outlined in the order. Signed by Magistrate Judge Abizer Zanzi on 5/22/26. (Copy mailed to pro se party) (lap) (Entered: 05/23/2026) |
| 05/26/2026 | 34 | ORDER: On May 21, 2026, the Court held a telephonic conference with the parties to discuss setting a hearing on Pla's motion for a preliminary injunction. Pla resides in New York and advised she could only participate in the hearing if it was conducted remotely over Zoom. I will hold Pla's 3 motion for a preliminary injunction in abeyance until she informs the court that she stands ready to appear in person and present evidence to support the request for a preliminary injunction. In the meantime, this matter is referred to the magistrate judge for the conduct of a Rule 16 conference and the management of discovery. Signed by Judge Philip P Simon on 5/26/2026. (Copy mailed to pro se party)(ash) (Entered: 05/26/2026) |
| 05/27/2026 | 35 | MEMORANDUM in Support of 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Nicole Lawtone-Bowles. (Attachments: # 1 Cover Letter, # 2 Envelope). (nhc) (Entered: 05/28/2026) |
| 05/28/2026 | 36 | ORDER AND NOTICE OF RULE 16 PRELIMINARY PRETRIAL CONFERENCE: ZOOM Videoconference Rule 16 Preliminary Pretrial Conference set for 7/2/2026 09:00 AM CST before Magistrate Judge Abizer Zanzi. Any party who fails to appear timely for the Preliminary Pretrial Conference will be ordered to attend future hearings |

USDC IN/ND case 4:26-cv-00028-PPS-AZ document 61 filed 07/08/26 page 9 of 12

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Nicole Lawtone-Bowles** <br><br> **Plaintiff,** <br><br> v. <br><br> **Purdue Global Law School,** <br> **Purdue University Global,** <br> **Sarah Diab, Shaun Jamison,** <br> **Brian Victor, & Victoria Vidt** <br><br> **Defendants** | **Case No.: 4:26-cv-00028-PPS-AZ** <br> **Judge: Hon. Philip P. Simon** <br> **Magistrate Judge: Hon. Abizer Zanzi** <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on Defendants' counsel of record via CM/ECF on the date received by the court:

John R. Maley, Esq. (jmaley@btlaw.com)
Amanda Jane Gallagher, Esq. (amanda.gallagher@btlaw.com)
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Respectfully submitted,
/s/ Nicole Lawtone-Bowles
Nicole Lawtone-Bowles, Pro Se Plaintiff
56 Center Street
Highland Falls, New York 10928
NicoleLawtone@aol.com
(347) 538-5386

10

| | | |
|---|---|---|
| | | IN-PERSON. The proposed Discovery Plan under Federal Rule of Civil Procedure 26(f), which must be filed no later than five (5) business days prior to the pretrial conference. Failure to timely file the report and proposed discovery plan will result in the Court setting its own case management deadlines without the input of the parties and may result in the imposition of sanctions in accordance with Rule 16(f). Signed by Magistrate Judge Abizer Zanzi on 5/28/2026. (Copy mailed to pro se party)(shk) (Entered: 05/28/2026) |
| 06/01/2026 | 37 | NOTICE of Hearing/Deadlines: Motion Hearing (Preliminary Injunction Hearing) IN PERSON set for 6/12/2026 10:00 AM (Central/Hammond time) in US District Court - Hammond before Judge Philip P Simon. (NOTE: Notice sent to plf at email address listed on the docket sheet). (nac) (Entered: 06/01/2026) |
| 06/01/2026 | 38 | Letter to the Court from Nicole Lawtone-Bowles. (Attachments: # 1 Envelope) (rmf) (Additional attachment(s) added on 6/2/2026: # 2 Full Main Document) (rmf). (Entered: 06/02/2026) |
| 06/08/2026 | 39 | ORDER: Pursuant to the Court's inherent authority to sanction a party for failure to prosecute, Lawtone-Bowles' motion for a preliminary injunction 3 is DENIED WITHOUT PREJUDICE. When Lawtone-Bowles is prepared to litigate the motion for preliminary injunction in person, she can file a motion to that effect, and I will promptly set the matter for hearing. But for now, the June 12, 2026, hearing on Lawtone-Bowles' motion for a preliminary injunction 3 is VACATED.. Signed by Judge Philip P Simon on 6/8/2026. (Copy mailed to pro se party)(ash) (Entered: 06/08/2026) |
| 06/10/2026 | 40 | REPORT of Rule 26(f) Planning Meeting. (Gallagher, Amanda) (Entered: 06/10/2026) |
| 06/10/2026 | 41 | MOTION for Protective Order by Defendants Sarah Diab, Shaun Jamison, Purdue Global Law School, Purdue University Global, Brian Victor, Victoria Vidt. (Attachments: # 1 Exhibit 1 - Stipulated Protective Order)(Gallagher, Amanda) (Entered: 06/10/2026) |
| 06/11/2026 | 42 | RESPONSE to Motion re 18 MOTION Request to Judge Simon in Support of Motion for Temporary Restraining Order re 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction 27 MOTION for Temporary Restraining Order *(DEFENDANTS' RESPONSE TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - DOCKET 35)* filed by Sarah Diab, Shaun Jamison, Purdue Global Law School, Purdue University Global, Brian Victor, Victoria Vidt. (Gallagher, Amanda) (Entered: 06/11/2026) |
| 06/16/2026 | 43 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to FRCP 12(b)(6)* by Defendants Sarah Diab, Shaun Jamison, Purdue Global Law School, Purdue University Global, Brian Victor, Victoria Vidt. (Gallagher, Amanda) (Entered: 06/16/2026) |
| 06/16/2026 | 44 | MEMORANDUM in Support of 43 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to FRCP 12(b)(6)* filed by Sarah Diab, Shaun Jamison, Purdue Global Law School, Purdue University Global, Brian Victor, Victoria Vidt. (Gallagher, Amanda) (Entered: 06/16/2026) |
| 06/22/2026 | 47 | MOTION for Hearing on Plaintiff's Renewed Motion for Preliminary Injunction by Nicole Lawtone-Bowles. (Attachments: # 1 Envelope) (rmf) (Additional attachment(s) added on 6/24/2026: # 2 Full Main Document) (rmf). (Entered: 06/24/2026) |
| 06/22/2026 | 48 | MEMORANDUM of Law in Support of 47 Plaintiff's Renewed MOTION for Preliminary Injunction and in Opposition to Defendant's Motion to Dismiss filed by Nicole Lawtone-Bowles. (Attachments: # 1 Envelope)(rmf) (Entered: 06/24/2026) |
| 06/23/2026 | 45 | RESPONSE in Opposition to Motion re 43 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to FRCP 12(b)(6)* filed by Nicole Lawtone-Bowles. (Attachments: # 1 Table of Authorities, # 2 Envelope). (nhc) (Entered: 06/23/2026) |
| 06/23/2026 | 46 | UNIFORM STIPULATED PROTECTIVE ORDER granting 41 Motion for Protective Order. Signed by Magistrate Judge Abizer Zanzi on 6/23/2026. (Copy mailed to pro se party)(ely) (Entered: 06/24/2026) |

| Date | # | Entry |
|---|---|---|
| 06/24/2026 | 49 | NOTICE of Hearing/Deadlines: Preliminary Injunction Hearing (Evidentiary Hearing) now set for 7/10/2026 10:00 AM (Central/Hammond time) in US District Court - Hammond before Judge Philip P Simon. (Plf notified of this hearing date).(nac) (Entered: 06/24/2026) |
| 06/25/2026 | 50 | Plaintiff's Pre-Hearing Brief in Support of 47 MOTION for Hearing on renewed Motion for Preliminary Injunction filed by Nicole Lawtone-Bowles. (Attachments: # 1 Envelope, # 2 Proposed Order)(mlc) (Entered: 06/29/2026) |
| 06/26/2026 | 51 | ORDER: Plaintiff Lawtone-Bowles' request is GRANTED. She may bring her cell phone and laptop into the courtroom for use at the 7/10/2026 hearing. Signed by Judge Philip P Simon on 6/26/2026. (Copy mailed to pro se party)(amb) (Entered: 06/29/2026) |
| 06/30/2026 | 52 | REPLY to Response to Motion re 43 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to FRCP 12(b)(6)* filed by Sarah Diab, Shaun Jamison, Purdue Global Law School, Purdue University Global, Brian Victor, Victoria Vidt. (Maley, John) (Entered: 06/30/2026) |
| 07/01/2026 | 53 | Plaintiff's MOTION for Leave to Bring Assistive Technology Devices into the Courtroom by Plaintiff Nicole Lawtone-Bowles. (Attachments: # 1 Exhibit, # 2 Proposed Order, # 3 Envelope) (rmf) (Entered: 07/01/2026) |
| 07/02/2026 | 54 | VIDEO RULE 16 PRELIMINARY PRETRIAL CONFERENCE held on 7/2/2026, before Magistrate Judge Abizer Zanzi. Pro se Pla Nicole Lawtone-Bowles appeared. Dft appeared by atty Amanda Gallagher and John Maley. The Court ORDERS the following case management deadlines as discussed on the record and listed as follows: The parties' deadline to serve, and filed on the docket, Rule 26(a)(1) disclosures by 7/24/2026. The parties' deadline to seek permission to join additional parties or amend the pleadings is 8/14/2026. The deadline to complete fact and liability discovery is 3/12/2027. Plaintiff expert witness disclosures and reports to be delivered to the defendant by 4/9/2027. Defendant expert witness disclosures and reports to be delivered to the plaintiff by 5/14/2027. The parties' deadline to serve any supplements pursuant to Rule 26(e)(2) is 6/11/2027. The deadline to complete expert and damages discovery is 6/11/2027. The deadline to file any discovery-related non-dispositive motion is 5/11/2027.The Court SETS this matter for a status hearing videoconference on 9/10/2026 at 11:00 am CST. By 9/3/2026, the parties are ORDERED to file a joint status report regarding the status of discovery completed to date and remaining discovery anticipated. It is the Court's expectation that by the next status hearing, the parties will have issued and be in the process of responding to initial written discovery. (ORDER ATTACHED) (Copy mailed to pro se party via First Class Mail)(FTR.) (shk) (Entered: 07/02/2026) |
| 07/02/2026 | 55 | MAGISTRATE JUDGE CONSENT FORMS sent to all parties. Magistrate Consent forms due by 7/23/2026. (Copy mailed to pro se party via First Class Mail) (shk) (Entered: 07/02/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/02/2026 13:15:43 | | | |
| PACER Login: | lexi210m | Client Code: | 5441198 |
| Description: | Docket Report | Search Criteria: | 4:26-cv-00028-PPS-AZ |
| Billable Pages: | 6 | Cost: | 0.60 |