## EXHIBIT A

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| NICOLE LAWTONE-BOWLES, )<br><br>*Plaintiff,* )<br>v. )<br><br>PURDUE UNIVERSITY GLOBAL; )<br>PURDUE GLOBAL LAW SCHOOL; )<br>SHAUN JAMISON, JD, PhD, )<br>Associate Dean of Academics; )<br>BRIAN VICTOR, JD, SARAH DIAB, JD, )<br>and VICTORIA VIDT, JD, are Adjunct )<br>Professors of Law, )<br> )<br> )<br>*Defendants.* ) | Case No. 4:26-cv-00028-PPS-AZ |

**-FILED-**

JUL 1 0 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

The undersigned acknowledges having been provided with and having read the "Uniform Stipulation Protective Order" in this matter ("Protective Order"). The undersigned further agrees he/she (i) is bound under the Protective Order, (ii) will comply with all of its provisions, and (iii) is subject to the jurisdiction of the Court for all purposes arising under the Protective Order, including enforcement of its terms.

Dated: 7/9/2026

[Name]

9