UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| NICOLE LAWTONE-BOWLES, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-00028-PPS-AZ |
| | ) | |
| PURDUE UNIVERSITY GLOBAL; | ) | |
| PURDUE GLOBAL LAW SCHOOL; | ) | |
| SHAUN JAMISON, JD, PhD, | ) | |
| Associate Dean of Academics; | ) | |
| BRIAN VICTOR, JD, SARAH DIAB, JD, | ) | |
| and VICTORIA VIDT, JD, are Adjunct | ) | |
| Professors of Law, | ) | |
| | ) | |
| *Defendants.* | ) | |

## **MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

Judge Philip Simon requested a copy of Plaintiff's work product during the Preliminary Injunction Hearing on July 10, 2026. Defendants filed these documents today in an Appendix of Evidence. Defendants, by counsel, pursuant to Northern District of Indiana Local Rule 5-3, respectfully move the Court to maintain under seal the appendix of evidence filed today in this matter in support of Defendants' brief in opposition to Plaintiff's Motion for Preliminary Injunction. The documents contained in Defendants' Appendix which were filed under seal today are as follows:

Ex. K - Documents Submitted by Plaintiff to Purdue University that relate to the first Academic Integrity Breach of the Student Code of Conduct and related email to Plaintiff;

Ex. L - Documents Submitted by Plaintiff to Purdue University that relate to the second Academic Integrity Breach of the Student Code of Conduct and related email to Plaintiff; and

Ex. M - Documents Submitted by Plaintiff to Purdue University that relate to the third Academic Integrity Breach of the Student Code of Conduct and related email to Plaintiff.

All of the documents contained in this Appendix of Evidence contain information protected by the Family Educational Rights and Privacy Act ("FERPA") as these documents are documents created by Plaintiff that were submitted to Purdue University as part of her course work as a student.

FERPA protects student privacy.  Less restrictive alternatives will not afford adequate protection. It would require redaction of each of the entire documents.

For these reasons, Defendants respectfully request that the Court maintain the documents filed in its Appendix of Evidence under seal.

Respectfully submitted,

*s/Amanda Jane Gallagher*
John R. Maley
Amanda Jane Gallagher
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:      317.231.7464
Facsimile:       317.231.7433
Email:            jmaley@btlaw.com
                        amanda.gallagher@btlaw.com

*Counsel for Defendants*